UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(ELECTRONICALLY FILED)*

| | |
|---|---|
| JOHN H. SCHNATTER, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:20-CV-00003-JRW-CHL |
| | ) |
| v. | ) JUDGE JUSTIN R. WALKER |
| | ) MAGISTRATE JUDGE COLIN H. LINDSAY |
| 247 GROUP, LLC, d/b/a LAUNDRY | ) |
| SERVICE and WASSERMAN MEDIA | ) |
| GROUP, LLC | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF INTENT TO DISMISS COUNT III OF THE COMPLAINT**

Plaintiff John H. Schnatter, by counsel, hereby gives notice that he intends to amend the Complaint and dismiss Count III of the Complaint filed on December 5, 2019 [DN 1-1] on or before the deadline in which to file Joinder and Amendments, which is currently September 1, 2020 [DN 29].

Respectfully submitted,

 */s/ Elisabeth S. Gray*
Elisabeth S. Gray
Daniel W. Redding
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, KY  40202
(502) 584-1135
egray@middletonlaw.com
dredding@middletonlaw.com

and

Terence Healy (*pro hac vice*)
Alyssa Johnson (*pro hac vice*)
HUGHES HUBBARD & REED, LLP
1775 I Street, N.W.
Washington, DC  20006
terence.healy@hugheshubbard.com
alyssa.johnson@hugheshubbard.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed on this the 14th day of July, 2020, via the Court's CM/ECF system, which will give electronic notice to counsel listed below who are registered to receive notifications:

Michael P. Abate
KAPLAN JOHNSON ABATE & BIRD, LLP
710 W. Main St., 4th Fl.
Louisville, KY  40202
mabate@kaplanjohnsonlaw.com

and

Bert H. Deixler (pro hac vice)
Patrick J. Somers (pro hac vice)
Nicole M. Cambeiro (pro hac vice)
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA  90067
bdeixler@kbkfirm.com
psomers@kbkfirm.com
ncambeiro@kbkfirm.com

*Counsel for Defendants 247 Group, LLC*
*d/b/a Laundry Service and Wasserman*
*Media Group, LLC*

 */s/ Elisabeth S. Gray*
Elisabeth S. Gray
Daniel W. Redding
Terence Healy
*Counsel for Plaintiff*

MR 1575805v1

2