# EXHIBIT 12

**FILED UNREDACTED PER DN 184**

Message

| | |
|---|---|
| **From**: | Katie Wollrich [Katie_Wollrich@papajohns.com] |
| **Sent**: | 3/26/2018 6:59:42 PM |
| **To**: | Randi White [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5d00317976674ea593a30951a0c3080b-Randi White] |
| **Subject**: | Re: Founder Agreement |
| **Attachments**: | Founder Conf & Non Disparage Agt Final 3_2018.docx |

Hey – just heard this was slightly revised.  Please use this one instead.

Thanks,
Katie

**EXHIBIT 21**
Witness: Randi White
Date: 9/23/20
Court Reporter: Liliana Rodriguez, 13783

---

**From:** Katie Wollrich <Katie_Wollrich@papajohns.com>
**Date:** Monday, March 26, 2018 at 1:28 PM
**To:** Randi White <rwhite@247laundryservice.com>
**Subject:** FW: Founder Agreement

Hi Randi,

We realized we did not include our standard Founder Agreement in your contract. Would you mind taking a look at this and having LS sign at your convenience?

Katie Wollrich
VP, Marketing & Advertising
Papa John's International
Office: 502.261.4520

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

Team Member Name _____

Team Member ID# _____

# CONFIDENTIALITY, NON-DISPARAGEMENT AND DISPUTE RESOLUTION AGREEMENT

WHEREAS, John H. Schnatter resides in Louisville, Kentucky, and is the Founder, and Chairman of the Board of Directors ("Founder") of Papa John's International, Inc. (the "Company"); and

WHEREAS, since the Company's inception, the Company has used Founder's name, image, likeness, photographs, voice, signature, biography, public appearances, speeches, interviews and other similar methods and forms related to the image of Founder to promote its products and brand; and

WHEREAS, the nature of Team Member's employment, contact and/or travel with Founder has in the past and will likely in the future allow Team Member access to confidential information regarding Founder personally, his businesses and his family; and

WHEREAS, it is in the best interests of the Company, its employees and other stakeholders, to protect the brand image by ensuring that such information is kept confidential and not used improperly.

THEREFORE, in consideration of the employment or continued employment of Team Member by Company, and as a condition to contact with and work for Founder, Team Member covenants and agrees to be bound by the terms and restrictions of this Confidentiality, Non-Disparagement and Alternative Dispute Resolution Agreement ("Agreement"):

1. **Covenants of Team Member.**

    (a) **Covenant Not to Appropriate or Disclose Confidential Information.** Except as required for Team Member to perform job duties, Team Member shall not at any time during employment or after termination of employment for any reason, use, copy, duplicate, post or disclose any information, including photographs, videos, or images of any type or medium or the substance of conversations or any information whatsoever of a personal or business nature regarding Founder or his immediate family members, whether learned during the course of Team Member's employment or otherwise, nor will Team Member convey, divulge, make available or communicate such information to any third party or assist others in using, copying, duplicating, posting or disclosing any of the foregoing. This Agreement applies to all information which Team Member may have learned, observed or had knowledge of prior to this Agreement as well as any information Team Member may learn following the execution of this Agreement. This covenant is not intended to apply to any images taken, captured or sanctioned by the Company, including but not limited to award photographs, Company videos from conferences or meetings, promotional photographs with the Founder or information made publicly available by the Company or Founder.

Team Member Initials _____

(b)     **Covenant to Return Property.** Team Member agrees that all records and documents, electronic or otherwise, and other information and materials referenced in Paragraph 1(a), whether prepared by Team Member or which shall be made available to or come into the possession of Team Member during employment, are and shall remain the property of the Company or Founder. Team Member agrees to return all such information or materials, and all copies thereof (including electronic versions), upon the earlier of a request therefore from the Company or Founder, or upon separation of employment for any reason.

(c)     **Covenant Not to Disparage.**  Team Member agrees not to disparage or make derogatory comments, verbal or written, regarding the Company, Founder or members of Founder's immediate family.  This Agreement shall not prevent Team Member from making truthful statements should Team Member be required by law to do so.

2.     **Reasonableness of Scope and Duration.** Team Member agrees that the covenants and agreements contained in Section 1 of the Agreement are, taken as a whole, reasonable with respect to the activities covered and their duration, and agrees not to raise any issue of the reasonableness of the activities or duration of any such covenants or agreements in any proceeding to enforce the terms of this Agreement.

3.     **Enforceability.** Because Team Member may have access to and become acquainted with confidential information regarding the Company or Founder personally, his businesses and his family, the Company and Founder shall have the right to enforce this Agreement and any of its provisions by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Company or Founder may have for a breach of this Agreement.  The covenants and agreements contained in this Agreement shall be construed as separate covenants and agreements, and if any court shall finally determine that the restraints provided for in any such covenants and agreements are too broad as to the area, activity or time covered, said area, activity or time covered may be reduced to whatever extent the court deems reasonable, and such covenants and agreements shall be enforced as to such reduced area, activity or time.

4.     **Condition of Employment.** Team Member acknowledges that it is a condition to employment or continued employment that he/she execute and deliver this Agreement, and that a portion of Team Member's compensation and continued employment with Company, is in consideration of Team Member's agreement to comply, and actual compliance, with the covenants and agreements contained herein.

5.     **Right or Obligation to Report**. This Agreement does not serve as a waiver of Team Member's right or obligation to report under any Company policy or procedure any matters relating to the Company.  Team Member acknowledges receipt of the Company's Code of Ethics and Business Conduct (the "Ethics Code"). Team Member agrees to promptly report any violations of the law, the Ethics Code or any of the Company's policies and procedures, as required by the Ethics Code.  The restrictions on disclosure in this Agreement do not apply where disclosure is compelled by law.

6.     **Dispute Resolution**. The parties agree that to the extent permitted by law, any dispute arising between Team Member and Company or Founder, including whether any provision of

2                          Team Member Initials _____

this Agreement has been breached, shall be resolved through confidential mediation or confidential binding arbitration. Any such dispute shall initially be submitted for resolution to a neutral mediator, mutually selected by the parties. If such dispute is not resolved to the satisfaction of the parties, or the parties cannot agree upon a mediator, then it shall be submitted for resolution by a neutral arbitrator, to be mutually selected by the parties from a list provided by the American Arbitration Association, with such resolution to be made pursuant to that organization's then-current Employment (or other applicable) Arbitration Rules and Mediation Procedures. The parties agree that Company shall bear the costs of any mediation or arbitration arising under this Agreement, although each party shall be responsible for its own attorneys' fees. The parties agree to keep confidential both the fact that any mediation/arbitration has or will take place between them, all facts related thereto, and any resolution thereunder. Any resolution reached via mediation or award of an arbitrator shall be final and binding on the parties. The only exception to this mediation/arbitration requirement shall be that, in the event of an actual, threatened or anticipatory breach of the Confidentiality, Non-Disclosure or Non-Disparagement provisions of this Agreement, the Company and Founder shall be entitled to seek injunctive relief from a court of competent jurisdiction to prevent or obtain immediate relief related to such breach.

7. **Miscellaneous.**

   (a) **Waiver of Breach.** The waiver by the Company or Founder of a breach of any provision of this Agreement by Team Member shall not operate or be construed as a waiver of any subsequent breach of the same or any other provision by Team Member.

   (b) **Amendment.** This Agreement may not be amended orally, but only by an amendment in writing signed by all the parties hereto.

   (c) **Governing Law; Jurisdiction and Venue.** This Agreement shall be governed by, and construed and enforced in accordance with the laws of Kentucky; provided, however, that if any provision of this Agreement would not be enforceable under the laws of Kentucky, then such provision shall be interpreted and construed to bind the parties to the maximum extent permitted by law, which is subsumed within the terms of such provision as though it were separately articulated herein and made a part hereof.

   (d) **Confidentiality of Proceedings to Enforce Agreement.** If the Company or Founder is required to bring an action or petition a court to enforce any provision of this Agreement, the parties agree to seek confidential treatment of such action or petition, and all pleadings and proceedings relating thereto, with the court. Any such action, suit or proceeding to enforce this Agreement or arising hereunder or concerning the interpretation of this Agreement may be brought in the court of proper subject matter jurisdiction located in Jefferson County, Kentucky or in the United States District Court for the District of Kentucky. With respect to any action, claim suit or proceeding brought by Company in Kentucky, Team Member hereby irrevocably consents and submits to personal jurisdiction and venue in and by the state courts within Jefferson County, Kentucky or in the United States District Court for the District of Kentucky and waives all defenses of personal jurisdiction, venue and forum non conveniens.

Confidential Discovery Material                                                              WMG0006104

(e)     **Scope and Survival.**  The covenants of this Agreement shall pertain to any and all information of any nature whatsoever learned, observed or known by Team Member regarding the Company or Founder personally, his businesses or his immediate family members, regardless of whether such information was learned, observed or known by Team Member prior to the execution of this Agreement or learned during the course of the performance of this Agreement.  The Agreement shall remain in full force and effect after any termination of employment.

8.     **Severability**.  The covenants and agreements contained in this Agreement shall be construed as separate covenants and agreements, and if any provision of this Agreement or its application to any person or circumstance is found to be invalid, illegal or unenforceable, the remainder of this Agreement, or the application of such provision to persons or circumstances other than those to which it was held to be invalid, illegal or unenforceable, shall not be affected, and the Agreement shall be valid, legal and enforceable to the fullest extent permitted by law.

**IN WITNESS WHEREOF**, the parties have executed this Agreement on the day, month and year set forth below.

**TEAM MEMBER**

By: _____

Print Name: _____

Date: _____

4                                    Team Member Initials _____

Confidential Discovery Material
WMG0006105