# EXHIBIT 22

## FILED UNREDACTED PER DN 184

Message

| | |
|---|---|
| **From**: | Steve Ritchie [Steve_Ritchie@papajohns.com] |
| **Sent**: | 5/19/2018 8:37:36 PM |
| **To**: | Jason Stein [stein@247laundryservice.com] |
| **Subject**: | Olson POV for John rep rebuild |
| **Attachments**: | POV JHS Media.5.18.18.final.docx; ATT00001.txt |

FYI

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

Confidential Discovery Material

WMG0007688

**Papa John's**
**JHS Interview/Setting Record Straight POV**
*as of May 18, 2018*

As your partners, we at Olson Engage are invested in protecting the reputation of the brand and its founder. We never want to say no, but rather, iterate through solutions that will have the best possible outcome. Know that we hear you, we understand the frustration, and are aligned in the desire to "set the record straight." The recommendation below takes in decades of experience with brand reputation, media relations and multi-cultural communication to find the best possible solution to appease all parties.

**Topline POV:**
If John is to do a high-profile media interview, we need to show how the company is taking forward-looking action and ensure we have messages to deflect unwanted questions. Media and cultural sensitivities around racial topics are at an all-time high, and many consumer brands are navigating through these challenges with action. Ultimately, we want to be able to back up John's proof points with company action to move in a positive direction with media, and to ensure that John is protected and in the best possible position going into an interview.

We do not recommend one-off broadcast interviews to "set the record straight," as that leaves John as a sitting duck on topics ranging from NFL to Obamacare and everything in-between, with no other message to pivot to if he receives questions he wants to deflect. The only way to change minds is by action with a dose of humility, not re-litigating and revisiting the fight. Discussing previous comments without new information to discuss will only take the conversation backwards.

**The Recommendation**
Any interview with John should be packaged with a future-forward messages and authentic "commitment to Better" actions. We have previously outlined plans focused on commitments and actions, which had the CEO as spokesperson for the company. This recommendation expedites smaller, but meaningful action, so that both John and Steve can have positive conversations with media. We believe these series of steps can be done quickly and we can move towards media soon.

**Step 1:** Align on short-term commitments for internal people efforts, customers/community, and listening tour

- We want to talk to employees, and ultimately external stakeholders such as media, about commitments to be better. Without some meaningful commitments or actions, it is too risky to the brand and founder's reputation to put him or CEO in front of media, as they will be grilled and accused of inaction. While 2020 Vision and larger commitments may not be realistic at this moment in time, there are smaller efforts that may give us enough weight for media interviews. Package those commitments in three areas:

  - o  Our People Efforts: Commit to elevating and growing Diversity & Inclusion efforts, commit to racial bias training for executives, equal pay analysis, and possibly other short-term efforts
  - o  Our Customers: Assure that not only we'll continue to help in communities when needed, but proactively seek ways to help in areas important to the company and where there is a need, such as Entrepreneurship.
  - o  Listening Tour: We'll have candid conversations with stakeholders on ways we can improve our relationships with customers, inform our commitments, and support communities in authentic ways

**Step 2:** Issue Internal Letter for Better to all employees from Papa John's Founder

- Upon identifying short-term commitments, release an internal memo from both John and Steve on commitment to Better. Outline the areas the company will work on with people efforts (including D&I efforts), customers and listening tour.

- o   The letter provides a chance to set record straight to internal audiences, and excite people about where organization is going.
- o   If there is a perception John is a racist, let's hit is straight on with a proof point on racial bias training for leadership. This is where companies are going – it will quickly become the new normal – and its good D&I practice anyway (we did it with our company and with other clients ... a four hour commitment). Shows you are taking action without apologizing for comments.

**Step 3:** Two distinct but complimentary approaches with media: broadcast and "Leak" letter to media

- •   This is important: before sending the letter to internal employees, pitch an exclusive interview to a respected journalist and outlet that would be neutral and conversational for an interview. Initial recommendation would be Lester Holt and NBC Nightly News.

How it works:
- o   Frame the pitch about exploring how companies and executives are navigating through a new world with today's social and political climate. Be the first to talk to John Schnatter since November.
- o   Secure the interview time and date.
- o   Days before the interview, send the memo to internal employees. Then leak the note to media. Use this to help frame the interview that will be done with Lester Holt. He'll have new context going into interview, and the story will already be out about the humble, future-forward actions John (as founder) and Steve (as CEO) are making for Papa John's.

Why Lester Holt and Nightly News?
- o   Lester Holt is one of the last true journalists that stays neutral. He is firm but not confrontational. He'll ask tough questions, but in a fair manner.
- o   Nightly News and broadcast is less sensational than cable news networks. Any and all cable networks will look for a "gotcha."
- o   Nightly News has significant reach.

Why "leak" the memo?
- o   We can own the story, and we'd leak it to a very reputable, fair business reporter. Consideration would include Julie Jargon at Wall Street Journal (though we'll do more analysis)
- o   If media conversation ensues, we can point to fact that this was a communication to employees about doing important actions: people efforts, community efforts and listening to important community leaders. These are actions that will be taken.
- o   Frame up the broadcast interview in a way where we can take more control and look forward, versus a conversation that only looks backward and is about he said/she said.

**Step 4:** Conduct Listening Tour to help further define community action/commitments

- •   Following the first interview and leak of internal commitments, take action on one of the commitments and conduct a listening tour.
- •   Key to listening tour: we have to listen, not debate. This is a community relations effort, and an opportunity to build relationships with community leaders that influence perception. It's an opportunity to build advocates that could stick up for us in the future.
- o   We have to prepare for these conversations and prepare to listen.
- o   Per previous recommendations, have a neutral facilitator (we have a recommendation) that can manage conversations in productive way

**Step 5**: Flesh out commitments and conduct CEO media tour

- Previously we recommended a 2020 vision and large commitments, based on direction to "think big." This may not be doable at this moment, but we think we can still go to media with 1-2 areas that the company is committed to, in partnership with new CEO vision and possibly new equity campaign.
    - By this time, John will have had the opportunity to "set the record straight." Now, let's go and have future-forward conversations with CEO of company, talking about:
        - Efforts with people, communities and ingredients
        - New ad campaign focused on better ingredients, and the provocative ways we're going after competitors
- NOTE: this does not mean that we can't do a "day of action," sooner rather than later. But we want to be able to have a few solid proof points on company actions that Steve can take to media as he speaks about Papa John's moving forward
    - We are delivering separate ideas for "day of action." While these efforts can coincide, this recommendation is specific to the best way to conduct media outreach specific to John's story

**Ultimately, Papa John's needs to show how they're taking these issues (perception is reality) to heart as a company.**
Given the way media has covered John, there is risk to doing a media interview but this plan provides the best possible scenario and provides some protection for both John and Papa John's.

Again, we do not recommend interviews with the only goal to "right the story" with no other context or news. There is no win in that scenario, only more damage control.

Sent from my iPhone

WMG0007692