# EXHIBIT 30

## SCHNATTER v WASSERMAN MEDIA GROUP, LLC
Unsealed Discovery Material
Audio Transcript – MAY 22, 2018

00:00:00 – [UNINTELLIGIBLE]

00:00:04 – JASON STEIN: I do want to use the time for us to ask you the questions that we think you're going to get and just hear your point of view on it so we can make sure that we're integrating an honest, truthful answer, but also helping avoid any potential issues that could come up. Is that okay?

00:00:21 – JOHN SCHNATTER: Yeah. When did this go out? [UNINTELLIGIBLE]

00:00:26 – KATIE WOLLRICH: It's the same paper. It's an extra copy.

00:00:28 – JOHN SCHNATTER: Oh, when did this go out?

00:00:32 – KATIE WOLLRICH: We just got it.

00:00:33 – JOHN SCHNATTER: Why wouldn't you give this to me previous to the meeting? I mean, I'll read it, but I mean it could be a lot more helpful if I had already read it coming into the meeting.

00:00:41 – JASON STEIN: Because we just did it last night and over the weekend, so we were just getting it together, to be honest with you. We also don't want to put words in your mouth, John, and we really want to understand your point of view on these things so we can work with the truth and not make you say things that you don't want to say.

00:01:01 – JOHN SCHNATTER: Okay.

00:01:04 – JASON STEIN: So, so, do you want to do this exercise now, or do you want to just take the time and jump back on the call once you've had it because again this was just completed.

1

00:01:11 – JOHN SCHNATTER: No, no, no, you guys go ahead and do your thing.

00:01:14 – JASON STEIN: Okay. So, the first question -- or one question you'll get in some form is 'John, are you racist?' How would you respond to that question or what are some of the things you'd want to talk about in response to that question?

00:01:28 – JOHN SCHNATTER: And who am I talking to? Who is the audience?

00:01:30 – JASON STEIN: Say Stephen A. Smith.

00:01:36 – JOHN SCHNATTER: Um, I'm fine with your, you know -- I wouldn't use a positive to describe a negative, but I'm fine with, you know, that's just not the case, you know, aside through it all, something like that.

00:01:52 – JASON STEIN: Got it. And we want to be able to point to things that you've done in the past to sort of prove that because that's one of the best ways to sort of just, like, end it quickly. So, what are some of the things that you would want to point to for that?

00:02:17 – JOHN SCHNATTER: Are we still involved with Antron, are we still involved with the bus [UNINTELLIGIBLE] Pittsburgh?

00:02:23 – CHRISTY JOHNSON: We don't have an official endorsement.

00:02:25 – JOHN SCHNATTER: I think he owns part of the market.

00:02:26 – CHRISTY JOHNSON: Part of the market [UNINTELLIGIBLE].

00:02:35 – JASON STEIN: I know it's been mentioned in prison reform activities, but I'm not sure the details on that. Is there something there we could go to?

2

00:02:45 – JOHN SCHNATTER: Yeah, we could. I mean we're involved with Deion Sanders down in Dallas. You know, I think we're sending, you know -- I'm working on this number, but probably dozens and dozens of minorities are in our four business schools. You know, I think these questions -- I think shorter sweeter, you know, frankly. You know, my security detail on Sundays, a guy I grew up with since I was eight, he's black. Again, you guys caught me off guard because I hadn't seen the quotes yet and seen the questions.

00:03:29 – JASON STEIN: Got it.

00:03:30 – JOHN SCHNATTER: So, let me chew on that a little bit.

00:03:33 – JASON STEIN: Yeah. The point of this document and this call is to sort of like line up what this process should be. So, we want you to take a look at what we've said, think about any of the potential examples or things you would want to say or not want to say, and let's get that back from you, or do another test run through it so that we can put together very tight talking points.

00:03:58 – JOHN SCHNATTER: Yeah. You know, what I don't want to do in real time is doing what we're doing now, and that's kind of shoot from the hip.

00:04:04 – JASON STEIN: Okay.

00:04:06 – JOHN SCHNATTER: And I want to do it in a way that's thought out just to make sure that we make our point without, you know, in some way offending somebody else and all of a sudden creating a, you know, a bunch of vectors off each separate direction we didn't intend. You know I think the law of unintended consequences is very applicable to this kind of exercise.

00:04:28 – JASON STEIN: Yeah, agree, agree. We just want to make sure that we do enough sort of testing and throw out enough sort of unexpected questions so that we're prepared for anything that comes up in an interview, because you will get some of that, and we just want to make sure that we've kind of run through all those different angles

3

beforehand.

00:04:50 – STEVE RITCHIE: So, Jason, you know maybe so we don't have to go through all the questions, it may be a good time to just absorb it or whatever, but just stepping back a bit, understanding the idea around you know going toward the interview path, why you've kind of identified these individuals, just your thinking around that so also we can give John some opportunity to kind of make sure we're in sync with the thinking along why this path and why these individuals and why through these channels.

00:05:19 – JASON STEIN: Yeah, for sure. So, for one thing, again, the goal is get - to clear the air and John's name to as many consumers as possible in as broad a way as possible as quickly as possible. So that's the point of this sort of small media blitz tour. The first person we thought of was Stephen A. Smith. This came from Pete, and we like him because he's black and he agreed with John's comments, or maybe didn't agree, but didn't have an issue with them. He got the whole story right, so he's someone who I think would be a safe and okay person to go to. At the same time, he can't be the only person because everyone will say well, he's one of the few people in the world who agrees with you. What about everyone who disagrees, where's that point of view? So, we also thought it would be smart to do a live interview on Twitter with Darren Rovell, who I know John and Darren have done some good interviews together before on Twitter. I think they did one at the Super Bowl that's positive and Darren got the headline wrong, but he doesn't necessarily agree or disagree with the statements, but he would be a good person to represent that internet audience, maybe take some questions from Twitter, and let John speak candidly and humanize him a little bit to social media audiences, while Stephen A. gets the TV audience.

00:06:47 – JOHN SCHNATTER: And Jason, when do you want to do these interviews?

00:06:50 – JASON STEIN: We would like to do them as quickly as possible, John, as soon as we feel comfortable with the messaging and the rehearsing of it. We would like to get them done right away so

4

we can get back to business, get you back in the advertising.

00:07:04 – JOHN SCHNATTER: How close do you want to do this to Chicago?

00:07:07 – CHRISTY JOHNSON: [UNINTELLIGIBLE] I don't know what the timeline is, but we could make it happen if this got finalized pretty quickly. We're still following up on the Antron thing to make sure that because of the Toyota car that he can even be in it, talked to Ted this morning, He said Don is putting a lot of pressure on him to make it happen, so...

00:07:25 – JOHN SCHNATTER: [UNINTELLIGIBLE] Don has a deal [UNINTELLIGIBLE] race cars.

00:07:29 – CHRISTY JOHNSON: Yeah, so, we're waiting on confirmation on that.

00:07:33 – JOHN SCHNATTER: And Adam Silver, you think he got it right?

00:07:40 – JASON STEIN: Yes.

00:07:44 – JOHN SCHNATTER: Do we have a list of, you know, announcers or anchors that got did get it right? Do we have a list of that by chance, Jason?

00:07:56 – JASON STEIN: We have a short list. The reason we went to Adam and a few other examples is because of the tie to the Commissioner of the NFL who got it so wrong versus Adam who got it so right, and there were very few people, but we have a list of brands, like the Anheuser Busch brand got it right, so we have enough examples for you. What they all did.

00:08:22 – JOHN SCHNATTER: How did they –

00:08:24 – JASON STEIN: Yeah, how did they get it right?

00:08:25 – JOHN SCHNATTER: Yeah, how did Anheuser Busch get it

5

right?

00:08:30 – JASON STEIN: What all these brands who got it right did, and I think the one who got it most right was Adam Silver, is they said that we are not in favor of protesting, but we are very much in favor of -- we're not in favor of kneeling to the flag, but we're in favor of protesting, and we absolutely understand and support this issue, and it's very prevalent in society today, and we're going to contribute in many ways to making sure we give people of color a platform and a voice, and that's most important to us. But at the same time, we don't want to offend anyone, and we don't want kneeling during the national anthem. That's what Adam Silver said.

00:09:11 – JOHN SCHNATTER: And he was with who?

00:09:13 – JASON STEIN: He's the Commissioner of the NBA.

00:09:15 – JOHN SCHNATTER: Oh okay. I know — I know the guy.

00:09:21 – JASON STEIN: So, we can send you their exact statements because, you know, on paper they didn't say anything so different than you, but the way it was said and came off is, it was phrased slightly differently. And by supporting the need for a platform and for, you know, getting their voice out there, they were able to skirt any issues.

00:09:45 – JOHN SCHNATTER: Yeah. As far as the right wing and left wing, um, you know some of these questions I think you personalize a little bit more than we have. The family was divided. The Ackerson side of the family was Republican, you know, my mom and Louis Ackerson... the right side, and the left side was the Schnatters. You know, I grew up in both environments. We've had four fundraisers at the house, two for Democrats, two for Republicans. That's not an elegant way of saying that, you know, the social issues probably lean more to the left. On balance on a balance sheet, I probably lean more to the right.

00:10:30 – JASON STEIN: That's great. I mean, that's what we need

6

to get out there. That's exactly what people want to know. The most important thing is that we just clear the air and set the record straight. It's less important exactly what your point of view is, John. It's just important that people understand and know what it is because right now their imaginations are running wild and think that you're this right wing, extremist, neo-Nazi racist who doesn't pay his people, and it's obviously untrue, and that's what, we just have to clear the air. You don't have to be defensive. You just have to tell them how you really feel.

00:11:05 – JOHN SCHNATTER: Well, I like the one – you know, the country is divided and I don't like it.

00:11:10 – JASON STEIN: Yeah.

00:11:12 – JOHN SCHNATTER: Even amongst people close to me is divided and, you know, you just hate to see that because it's not healthy. People are very angry about this.

00:11:25 – JASON STEIN: Yup.

00:11:27 – JOHN SCHNATTER: You said something else that kind of intrigued me.

00:11:32 – JASON STEIN: Um, about which thing?

00:11:37 – JOHN SCHNATTER: Um, left or right.

00:11:41 – JASON STEIN: Oh. I think you just, I think it's more about just setting the record straight and telling people how you really feel and that it's not so binary after all, and that you... I think it's critical that you say that you hate how divided the country is.

00:11:57 – JOHN SCHNATTER: Right.

00:11:58 – JASON STEIN: And then if you also want to, if you and to flex a little bit and tell them hey, look, if I really supported Trump, I would have donated a lot more money, everyone has been getting the message since you said it [UNINTELLIGIBLE]. It's very honest and

7

endearing.

00:12:12 – JOHN SCHNATTER: Right. Well, you know, if I really cared what people think, then I would actually be a Democrat, give all my money to Republican. You know, I'd paint my ass white and run with antelope. That's what I would do [UNINTELLIGIBLE] I really would. That's what Buffett and Gates do They know that all the left does is hurt people that are disadvantageous, but they never stepped into it. I know that if you don't have capitalism and free markets and entrepreneurs and free speech and voluntary exchange, you hurt everybody. It's called socialism, it's called a kingship, it's called a dictator, it's called the family runs [UNINTELLIGIBLE]. It's the reason I'm over here. [UNINTELLIGIBLE] Germany was run by a family. Disagree with the family then they persecute you. [UNINTELLIGIBLE] We're PC. You can't say that. I can't say that, but okay. The Trump thing, I don't know how that guy got a thousand bucks, I really don't.

00:13:21 – JASON STEIN: You can say that. You should say I must have had too much to drink that night. That's it.

00:13:28 – JOHN SCHNATTER: I feel like I probably did it as a joke. Now that I think about it, that's probably what I did because I'm friends with Mike Pence, real good friends, and he was governor of Indiana. He never called me unless he wanted money. That's okay. I like the guy. I like what he stands for. [UNINTELLIGIBLE] He's too religious for me and he wears it on his sleeve [UNINTELLIGIBLE]. Policies actually are very healthy and very good for America. But I think they were pounding on me to give Trump money, and I said, you know, 'here's a thousand bucks, get off my ass.' That's what I think I did, knowing me.

00:14:09 – JASON STEIN: Right, right. I think it's okay to say that.

00:14:11 – JOHN SCHNATTER: [UNINTELLIGIBLE] If I was — if Trump was really my guy in this election against Hillary Clinton, well shit, I probably would have given the guy two million bucks. I mean I just gave [UNINTELLIGIBLE] 53 million, Koch and I. Koch's worth 70 billion and I gave most of the money, so that's how stupid I am. But,

um.

00:14:31 – JASON STEIN: That is actually, donations to a university are actually an important piece of what we should be talking about — education, you know. We've been talking about education.

00:14:42 – JOHN SCHNATTER: Yeah. You know, they call it AFP, Americans For Prosperity, but it's really a network trying to save the country. And I asked him, I said, 'how many of our students are black, how many of our students are Hispanic, how many of our students are of color, how many of our students are women,' you know, and they didn't know. And so, I said, 'ask Charles.' Well, Charles didn't know, because we don't care.

00:15:13 – JASON STEIN: Right.

00:15:14 – JOHN SCHNATTER: As long as they're doing what they're supposed to be doing and trying to get a better education to make the world a better place, I don't give a shit what color their skin is or what gender they are. So here I am putting 53 million bucks in, and I probably said okay, (inaudible) university, let's say 60 kids apiece, I think that's low, I think it gets up to 800 a year or two, so that's 240. Half, you know, are women. In fact, I think the majority of our students are women.

00:15:48 – JASON STEIN: Right.

00:15:49 – JOHN SCHNATTER: [UNINTELLIGIBLE] or men are just insecure. But anyway, most of them are women. I mean, when I go to these functions, and I don't think it makes the survey, but most of the people in the room are of color or of, you know, of a different national origin. So, I mean, we've probably got women and minority 240, probably I bet 180, 190 are nonwhite males, right. Let's give a for sure 120 and above are not white males.

00:16:29 – JASON STEIN: Right.

00:16:30 – JOHN SCHNATTER: You know part of the males are

9

black, so you're looking at 80, 90 percent are of color or gender. Okay, so that helps you with umm... I think that gets you back up to six. Seven, you've got to throw that one away and just go, you know, they were on my ass to get money. I was half drunk. I sent the guy a thousand bucks, whatever you want me to say, however you want me to say it. I have a feeling that was probably the truth.

00:16:55 – JASON STEIN: I think telling the truth is the right thing to do with regard to that and with regard to most of this, John. The more [UNINTELLIGIBLE] ...

00:17:01 – JOHN SCHNATTER: I've got to be careful because I am friends with Pence. If something happens with Trump, heaven forbid, then I've got to deal with Pence. I can't go too strong.

00:17:11 – JASON STEIN: You can even say that. You can say I'm friends with Pence. I don't want to upset the guy. I love him to death, you know.

00:17:17 – JOHN SCHNATTER: Yeah, I'll say that. I'll say it that way. Pence is a personal friend. I've been a big supporter for him as a governor. You know, I like the guy a lot. I wouldn't get into religion on this one, I'll just say, but how the hell Donald Trump got a thousand dollars out of my ass I'll never know. If you really look at it, Trump did with the NFL what he's done with the whole country. He's the one who set all this shit up. He's the one that got everybody inflamed. You know, I just attacked Goodell to get it resolved because it was hurting our business. I mean, it was hurting everybody's response to the NFL business. I thought I was doing a heroic thing for our managers and for the franchisees, and it got turned into something that, you know, there was nothing in my -- I mean, Steve was there giving me shit about, you know, being this strong with my comments, but there was nothing in there that was racist, I mean, or attacking the players. It was like I think this is the wrong venue. I think you're hurting yourself, and then the Goodell guy, I mean, I've never met a bigger coward. I mean, what he's doing, he's destroying these players' bodies, he's destroying these players' minds. They're all beating their wives up. He's destroying their families. They're all on

steroids or pot, and now he's going to let them protest, he's going to destroy their future income. I mean, there's nobody doing more harm to the players than Roger Goodell. I don't think I can say that.

00:18:50 – JASON STEIN: Yeah. That one I would stay away from (laughter), not that you're wrong. I think there's a way to discuss the issues with the NFL with what you say in a way. Let's work on messaging around that, but I think we need this to be less about what anyone, like what the NFL did wrong and more about you and who you are and the rights that –

00:19:18 – JOHN SCHNATTER: That's what I mean. I can go to -- when you put this in front of me 12 minutes ago, John, you're a racist, well, it's going to take me awhile to get out of my shell because this is brutal if you're me and you've been called a bigot for six and a half months. That's why I need to study it because I did this with the Pitino comment where they totally gave me a shitty response, and I go well, I'm not doing that. But I chewed on it for a couple days and I actually came up with a pretty good response. I need to do the same thing with the NFL, but you've got to give me – you know, you understand, Jason, I've got about, and all of us in this room have about two thousand things going on right now, so it's going to take me a little bit of focus.

00:19:59 – JASON STEIN: Okay.

00:20:00 – JOHN SCHNATTER: Especially something that is this delicate. I mean, this is like threading three needles at the same time.

00:20:05 – JASON STEIN: Yeah.

00:20:06 – JOHN SCHNATTER: It's like I didn't say anything racist, but you can't say I didn't say anything racist.

00:20:09 – JASON STEIN: Yeah, no. This is a process. It's going to take some time to work through this stuff, and we don't want to do it until we get it right, but we do want to start the conversation and get

11

everyone's mind thinking on it so we have some back and forth and give you the time to do that.

00:20:25 – JOHN SCHNATTER: Yeah, yeah.

00:20:26 – JASON STEIN: Do you want to write and fill in some of this? What's the best way to extract your thoughts?

00:20:33 – JOHN SCHNATTER: Let me chew on it and then I can give you some -- people on social media claim you're out of touch with the issues of regular Americans. That's bullshit. When I get the pizza wrong, they don't eat it. When we get the pizza wrong, they don't sell it, then our people don't make their bonus. When they don't make their bonus, then they don't get new houses and new cars and the best colleges and they go somewhere else.

00:20:55 – JASON STEIN: Right.

00:20:56 – JOHN SCHNATTER: You know, they don't make other people's lives better. That's totally bullshit. In fact, I'm livid right now because I know how the dominoes work. When you're in negative sales, you have ramifications on suppliers, Wall Street, morale, MIP bonuses. I mean, it's a -- you know, it's typical all over the place. So that's bullshit. I wake up every day, that's all I think about is doing the right thing. I know if I do the right thing, it will come back. Okay, explain a bit where you came from. [UNINTELLIGIBLE]

[UNINTELLIGIBLE]

00:21:48 – JOHN SCHNATTER: That's a good point. I agree with Steve. I mean, once you're in a store 15 to 38, shit, 23 years. We went public in '93, so that was almost 20 years (inaudible). Once you're in a store for 25 years you don't ever forget it. We wake up, we think we have problems. You ought to close a restaurant at 2:00 in the morning and try to get $5,000 to the bank without getting robbed. I mean, you never forget that. You never forget the fact that you go home with burns on your arms and that you have to make the pizza, you know, cook the pizza, and deliver the pizza because the guy had a crash or

12

had a wreck or didn't show up. I tell the pager story, too. Everybody back then wore pagers, because back then when we were little and it was slow, the business was very erratic. In other words, right now when you have a Friday night or let's take a Wednesday where probably the average unit is going to be 2100 bucks. You know that unit is going to be within three percent either way of $2,100. It's going to do $2,172 or it's $2,171 or it's going to go the opposite way. Back in the early days at $3,000 a week, you would literally do eight or nine pizzas an hour and then sit there for two hours. We had a pager system where we paged people back to work. My brother, my secretary, everybody had a pager. That was the way we saved labor. We just paged people back to the store when we got busy. Okay, ten. Going forward.

00:23:35 – JASON STEIN: Yeah.

00:23:38 – JOHN SCHNATTER: Going forward, you can give me a list of things on what we're doing on HR and people. I think you hit it's the best place to work in Kentucky four or five years in a row. I mean, that's the employees voting on that. I don't know how they're going to vote this year now that none of them are making a bonus, but that's neither here nor there. I think we've always tried
to focus, accountability. We don't have a choice on accountability.

00:24:05 – JASON STEIN: Hey, John, one thing on the employees and bonuses and HR, I do think it's important to talk about the employees in Kentucky, but there's also this big issue on the internet around how the people who work in each pizza shop are paid and treated, and I just know that's a very complicated issue with the franchisees, but I think we should talk about that openly because that's one of the big things that comes up on social media on almost everything we post. Someone posts a graphic of, you know, getting sued for not paying labor wages properly and stuff like that.

00:24:40 – STEVE RITCHIE: And John, you can talk a lot about number one, meaningful work. You can talk a lot about meaningful work and providing the opportunity, and 90 percent of our general managers started as delivery drivers and store employees. In fact, the

13

CEO of my company started out at five bucks an hour, so it's not where you start, it's the journey, that kind of a notion, as opposed to trying to get into a battle, we don't pay minimum wage, we pay a quarter more and all that. I think it's the journey of Papa John's and the opportunities we provide to our employees.

00:25:11 – JOHN SCHNATTER: Well, I would also get into the fact that Papa John's is a system of small businesses. Every franchisee has four or five stores. As small business owners, if you don't take care of your talent, then you're going to lose them. People that are really good at what they do, if you don't raise them then they vote with their butt. They'll go somewhere else. As far as how we pay versus Pizza Hut or Dominos, I would have (inaudible) on that, but it's not going to be -- I have a feeling we pay our managers more, especially the good ones. We've asked that question for two, three weeks. Maybe you'll have better response, better luck having a response than I did.

00:25:57 – STEVE RITCHIE: That's a difficult one to get underneath, but I think our corporate restaurants [UNINTELLIGIBLE].

00:26:01 – JOHN SCHNATTER: Another thing, Starbucks, look back on your internet. Last year they gave their average manager a $300 Christmas bonus, and our average manager is going to make what, 30, 20 to 40 grand. Howard Schultz, how he does this shit I don't know. He screws the hell out of his employees, then he gets credit for giving them health insurance. He screws the hell out of his managers. We give them 30 grand, he gives his employees 300 bucks. Whatever the number is, it's got to be 800-fold. I mean, I used the word debacle, and let's nip this in the bud. He's got black guys getting locked up in the store right in front of a manager, right in front of the police. We get called a racist and he gets by by shutting it down for two hours on May 29th. I mean, the guy is a genius. By the way, I think Starbucks handled it exactly the way I would have handled it with the exception, now they're going out and letting anybody use their stores to go to the bathroom, and they've kind of rekindled the whole issue. I'm not sure I'd have done that. I think he got through it unscathed. I would have left it alone. I just would have made an

14

unwritten policy, if somebody wants to use the bathroom, let them use the bathroom.

00:27:13 – JASON STEIN: John, if there are actions that we can take similar to what Starbucks did without coming off as, you know, too politically correct or pandering, we really would like to consider doing that because that action goes a long way. I don't want it to slow us down or overcomplicate this, but anything we can do in that area would help people believe. We want to refer to your past and all the good things you've done and talk about where we're going to go in the future to continue to do it.

00:27:48 – KATIE WOLLRICH: If we have any concrete steps you want to take or listening tour or whatever it is it would be a great thing for you to be able to announce in these interviews [UNINTELLIGIBLE].

00:28:57 – JOHN SCHNATTER: Well, I would have Jennifer and Bob have a meeting on these issues and give you specifics. I know the people in the building are happy with (inaudible), I know the people in the building are-- the people in the building make their MIP they're happy. I think the stores are a different animal because it's just brutal. Everything we do in the stores is just hard. I mean, fresh packed sauce is harder than paste. I mean, milking cows is hard. Slapping dough is hard. Delivering pizzas is hard. Everything we do is hard, so we can't get around that. Let's go back to two, you know, the racist that's just nonsense. That's just not true. You know, I don't even know how they stretch that to racism or make it discriminatory in any way. I don't know how they did that, and that wasn't even in the communications, it wasn't even in the transcript, it wasn't even my intent. We've got plenty -- y'all have you seen the responses on the -- from Leah Schultz on the social media? Have you seen those?

00:29:06 – FEMALE SPEAKER: Yes.

00:29:08 – JOHN SCHNATTER: I would intertwine a lot of those with these seven or eight or questions or ten questions you have. Question

15

two, many racists online began claiming Papa John's is their official pizza. Well, we didn't like that either. I mean, why did it take so long for the company to respond? I mean, Edelman was like a fire truck that didn't know what to do with water. I mean, you can't handle anything worse. I mean, Fleischman handled Obamacare bad, but Edelman handled this almost like -- and you see the problem you've got is Richard Edelman is a far lefty, so I don't think he particularly likes the fact that Charles Koch and I are marching into all these universities and preaching free enterprise. I mean, we couldn't get Steve Beam off the beach. I mean, Ritchie couldn't get him off the beach. You say, well, it's coincidental, accidental. I said 'hey, I'm not running for office, you know. I just want to the help kids understand,' you know, 'free markets and free enterprise. How do I stay out of the fight?' He said, 'well, just make sure you don't run for office.' Well, when you start bringing up kneeling and the vision of the country and race, you're in the middle of politics, and that's what they let me do, just go right in the middle of politics on a comment that was anything. It was, you know, let's get the white supremacist, which is Goodell, let's get him to fix the problem so everybody else can go about their way and get better with the NFL. That's that. Three, what actions have you taken or are you going to take to distance yourself from racist groups online. Yeah. I just -- it's such a bizarre question. It just was not the way -- we had a town outside of Jeffersonville called Utica, and there's a sign going into Utica in the '60s and '70s that says if you're black don't come into Utica after dark, and that was really frowned on not only in our community but in our family, so we grew up with this bullshit. You know, they used to drag black people behind a pickup truck until they were dead. I mean, the question's kind of way out of line just how gruesome these alt-right members are. And I don't think I want to say that, but anyway, I think you get the gist of how I feel about it. How do you think you handled the NFL? Think we handled it like shit. What would you have kept the same? My comments. The only protection I got is the transcript. I mean, I say in the transcript twice let's get this settled to the players and the owner's satisfaction. That's just clear, plain, simple English.

00:32:10 – JASON STEIN: Yeah. John, so you know, what people will

say if we play it that way is

that the comments came off as insensitive to the all of the problems and racism that people of color have to face today in society with, you know, unarmed black people being killed and the root of why they're protesting. So, it's not that -- the issue isn't that you said they shouldn't protest, the issue is that people say that it was insensitive to a serious issue that people of color are facing today, because that part wasn't acknowledged. That's the place where Adam Silver and those guys got it right is, they said 'it's a huge issue, it needs to be addressed, we're going to commit to it and give them a platform for it, but it can't be kneeling during the anthem because that makes more... that bifurcates the world even more.'

00:33:00 – JOHN SCHNATTER: That's why I'm hesitant to even answer the questions in the first place is because it wasn't intentional to be insensitive to police brutality. I mean, that wasn't even in my mind or, you know, to be anti-supportive. I do think you have to get -- and I had this done, by the way -- I had the head of PepsiCo, head of Fed Ex, we asked for the player association, we had Mike Pence... Before all that went down, I tried to get everyone in the room and say, 'hey, can we resolve this to everybody's satisfaction.' And the owner of the Cowboys, Charlotte -- I didn't want Jerry there because Jerry would blow it, but I wanted Charlotte Anderson there because she's level-headed, Fred Smith with Fed Ex, Indra Nooyi [UNINTELLIGIBLE]. I had a bunch of people that I felt like were level-headed and to get this done with the unions and Pence. We were going to meet at the White House on a Friday. And this was 90 percent put together, and Trump shot his mouth off and screwed it up all up. See, once Trump put his hand in the pie, then there was really no way to meet at the White House and get this resolved.

00:34:28 – JASON STEIN: Right.

00:34:30 – JOHN SCHNATTER: When I talked to Snyder with the Redskins and Jones with the Cowboys, I said 'this is very dangerous. Y'all need to be real careful with this. This is very dangerous. This could be a lose for everybody,' not knowing I was the one who was going to get torched. That's what I mean, I'm trying to give them

17

advice (inaudible) because Jerry said 'well, if they don't kneel, they don't play.' I said 'whoa, slow down here a little bit, Hoss, because you're going to further divide the situation.' That was my counsel to both Jones and Snyder. And Snyder took it, Jones took a little bit of it. But I can remember them calling me the day or two before the earnings call and I said 'this issue is going to come up because I'm going to bring it up,' and they said 'well, you need to name them all by name, you know, Kaepernick, Goodell.' I don't think they mentioned Lockhart, and I said 'no, my president is not going to go along with that. I need to call them out, but I'm not going to call them out' -- he goes 'well, you need to call them out by name.' Looking back on it, I wish I would have called Goodell out by name because then I would have solidified who I was attacking. Anyway, all that is good history, but I don't think you can use it in any of your responses.

00:35:50 – KATIE WOLLRICH: You know, John, you said something when we were (inaudible) last week kind of around this question about you would change the way you said it but not necessarily what you said because it did get misinterpreted. And I remember, I mean started five days after the earnings call, and I was at that first town hall that week. I didn't really interact with you at that point, and I remember you talking about 'I'm a pizza maker, like I'm not trying to be a politician.' And that really resonated with me, not knowing you at that time that, you know, you were just being honest. 'My words got twisted. That's not what I meant to say, regardless of whether people are right or wrong for interpreting it that way, that's just honest. That's not what I (inaudible).'

00:36:30 – JOHN SCHNATTER: Yeah. To Katie's point, I could say -- you know, you all seem to like this. I didn't really, but you all like this so we'll go with it. If I had it to do over again, I'd do say it differently. Let me be specific. I didn't think anything I said or intend anything I've said to have a further divide or racist connotation. If I had it over to say again, I would have made sure that they could have in no way interpreted it that way. And, you know, it was an earnings call. And we make pizzas, and the NFL situation is not good for anybody, in my

18

opinion, and I would have said it differently so that in a way certainly not to defend anybody that's kneeling, but to not further inflame the situation which I despise, which is the division of the country. That's how I would say it. Is that going to hurt you guys?

00:37:26 – JASON STEIN: I don't think it would hurt, but I do think, if possible, we need to come up with some way to say that I would have acknowledged the reason that people were protesting being an important thing we have in our society, something like that.

00:37:40 – CHRISTY JOHNSON: Yeah. I think [UNINTELLIGIBLE] exactly how you said it to me. I wouldn't change what I said, I would change how I said it.

00:37:48 – JOHN SCHNATTER: I can say that. What do I mean by that? You tell me. What do I mean -- how would I have said it differently?

00:38:00 – CHRISTY JOHNSON (OVER CROSSTALK): I think, would have given more explanation of, called out exactly who you were targeting, called out exactly what you were referring to, so that it didn't get misconstrued.

[UNINTELLIGIBLE]

00:38:08 – JOHN SCHNATTER: You would say listen, this has nothing to do with race. This is all about Goodell.

00:38:13 – CHRISTY JOHNSON: All about the NFL and the issues and how it impacts business and the issue and sponsors and things of that nature have absolutely nothing to do with race.

(Multiple voices inaudible.)

00:38:19 – JOHN SCHNATTER: Here's the issue with bring the NFL in because as soon as you bring the NFL in, then the players light up. I think you stick with Goodell. How does that hit you, Laundry

Service?

[UNINTELLIGIBLE]

00:38:29 – JASON STEIN: By now he doesn't fucking get it.

00:38:30 – CHRISTY JOHNSON: That's a really good point.

00:38:34 – JOHN SCHNATTER: Y'all have enough meat here. You can massage these. There's no doubt if I go out and I'm too cautious it's going to come out fake.

00:38:45 – JASON STEIN: Yeah, we don't want you to be cautious. We just want you to be honest and a truthful and own the point of view, the true point of view of you and the brand because that's going to be a better path forward. We can't be in between and we can't leave people to assume things about us.

00:39:02 – JOHN SCHNATTER: It's back to the Pitino response. Coach is going through a rough patch. We wish him the best. I'm sure he'll be fine. I'm sure he'll get through it. We wish him the best. It just stops everything in its tracks, and that's what you're really looking for here, how you thread three needles at the same time. By the way, if I go too aggressive, I can hurt us just as bad as not saying anything right now, so we've got to get these, you know, in place and massaged.

00:39:33 – JASON STEIN: Agreed.

00:39:35 – STEVE RITCHIE: I heard you talk a lot about when we were going through this before the actual earnings call event that -- we talk about this in business in the last decade – win-win scenarios, always trying to create the win, win, win scenario. And the reason why we started to weigh into this was because it was lose, lose, lose for all parties involved, and you're somebody that wants to help solve problems. And this was an issue and a challenge that didn't look like it had a solution. So, your piece was to try to push everyone to come

20

together to find a win-win scenario for all parties, and that was the intent of your actions and unfortunately it was misinterpreted, but I think that will lead to the next question or whatever, but that ultimately was what you were trying to solve.

00:40:18 – JOHN SCHNATTER: When I talked to Fred Smith, Peyton Manning, the Redskins, the Cowboys, I said 'listen, you guys are going to lose, lose, lose, lose, lose -- this is no good for anybody, any of us.' And then to Steve's point, I said 'we've got to find, you know, eight or nine leaders in the country that are level-headed and not going to fly off that will sit down with the players and, you know, get them what they want. At the same time, you know, not destroy the league, destroy the players' future income, destroy sponsors, destroy the fan base, et cetera. I like -- so you might -- I like Steve's -- the truth, lose, lose, lose, win, win, win came up and the whole time I was trying to get this matter resolved, so you might run with that one because that is the way I talk.

[UNINTELLIGIBLE]

00:40:50 – TIM POLDER: Why doesn't he do that now? Sit down with eight or nine level-headed leaders in the league and figure out ways to address this problem? Why doesn't he do that now? That would be a great way forward.

[UNINTELLIGIBLE]

00:41:00 – JASON STEIN: It's fine to do it.

00:41:09 – STEVE RITCHIE: Yeah, because you're trying to provide a platform that has solutions for the players, solutions for the owners and solutions for all the partners that are associated with the league, and that's what the NFL had created for years and they had an interesting issue here and what you want to do is try to help that for all folks that have different kinds of issues that they're trying to solve for. It was a problem that could be solved that unfortunately the leadership was not there and as a leader of my own company I want to try to help another leader solve a problem.

21

00:41:40 – JOHN SCHNATTER: Very good. I think everybody took notes. So why don't y'all compare notes and then let's get through the next day or two and get it to where I'm comfortable talking to -- you know he's going to ask the tough question. He's going to go: 'How do you feel about kneeling?' And, you know, we've got to find a good way of saying that 'I understand what they're trying to do, but I'm not sure that's helping anybody's cause.' I mean, if I felt like it was going to get settled and I felt like it was, you know, going to get resolved to everybody's satisfaction, I wouldn't have gotten out of the NFL. And I don't think Goodell is going to solve this. I don't think the players are going to let up. And I say that because when I did talk to the players, I think I talked to the guy from Philadelphia. I talked to somebody who was a direct source to the players, and I said 'do you know, do you realize they're going to destroy their future income,' and the guy said 'the players don't care.' I'm like 'whoa, whoa, whoa. You know, when the stands are half full and sponsorships go down 50 percent, that's going to affect the players.' He said 'they don't care.' That shocked me. When I was going through this it absolutely shocked me that I said 'hey, they're shooting themselves in the foot, don't they know that, and they don't care.' I hope for the country and for the league they get it resolved, but I'm hesitant, you know. Otherwise, we wouldn't let Pizza Hut have the property.

00:43:24 – JASON STEIN: Aligned. Aligned.

00:43:30 – STEVE RITCHIE: So as far as, John, the actual concept of an interview, do you feel good about that type of an approach?

00:43:37 – JOHN SCHNATTER: I like anybody that got it right. Silver got it right, Smith got it right. I'm sure you can find other announcers that got it right, and that makes it easy because all you got to do is send them what I said and then send them the headlines of the Huffington Post and some of these blogs and, you know, if you will massage this and really take it down to detail and kind of balance the answers, I think we'll be fine.

00:44:03 – STEVE RITCHIE: I've heard you say this as well. I mean, I

22

think in terms of kneeling during the anthem you're a patriot and you believe in standing for the flag, but the kneeling called attention to the issue, right. So, it did call attention to the issue, but it didn't drive actions to develop solutions, and you think it's most important to drive actions towards the platform that develops solutions and allowing Americans the opportunity to pay tribute to the flag during the national anthem. You have to be very clear, but you don't want to be able to [ your view on kneeling, but you also want to say hey, you don't disagree with the right to protest.

00:44:43 – JOHN SCHNATTER: I think It's not healthy for them to protest. Because it's not really getting to the cause. I think it's unhealthy. I think it's just making things more divisive. I won't say that because I don't want to give you guys a heart attack, but I think the kneeling has made things worse for everybody.

00:45:01 – STEVE RITCHIE: So that's the one way, that's the one to lean in on that will probably be the most polarizing on how we think about how to answer that because we've got to kind of pivot to the future or whatever and however or whatever you meant. I think you'll be able to easily answer these questions about are you a racist because you're not, so that's easy, but the harder one is around the actual kneeling and that circumstance. I like the idea of an interview because I've seen John do many interviews over the decades, and when John has the camera in the face and the microphone it's a natural authentic conversation is usually when John is at his best as opposed to trying to sit in a board room and go through this stuff. So, I think, I think he'll do well and I think, you know, just giving John time to kind of read through these things and have John an opportunity to craft what feels like the most authentic response is, you guys, basically telling us hey, maybe you're moving a little too far here in this area so we can maybe rethink kind of how we're going at it and then whatever pace of play and timing of when to do the interview, I'll leave that up to, obviously to John. But the sooner we can solve some of these, you know, mythical impressions and interpretations of the brand the better for all. So, if we do one interview with Stephen A., what is the plan of attack, just to kind of let that

23

push throughout, to go viral, or is there... [UNINTELLIGIBLE].

00:46:20 – JASON STEIN: Yeah. I don't think that can be the only one. I think we have to do a few. I think Stephen A. will probably be good. I think he'll probably want to do it on TV. I think someone like a Darren Rovell will do it live on Twitter, uh and we can take some questions from, from the audience, and then maybe a couple podcasts as well where it's a more free-flowing open conversation, and I think that would cover all of our demographics, all our mediums. We'll have TV, we'll have social media, we'll have audio, um and those things will be circulated a lot. We can pull clips from them if we want to post them on our channels, um and go from there.

00:47:00 – JOHN SCHNATTER: Yep, be thinking about if you want me in a red shirt or a black shirt, be thinking about that too Jason what you want me to have as far as a coat and tie or a coat or just a Papa John shirt.

00:47:10 – JASON STEIN: Well, let's think about that. It's a great question.

00:47:18 – CHRISTY JOHNSON: So next steps, Jason, you guys are going to pull together more people, and then we'll compare these overall notes, in addition to Adam and Stephen.

00:47:29 – JASON STEIN: Yeah, exactly. We're going to update our messaging points based on, um, this conversation and we'll also, um, give John some time to think through more and put together any key points he wants to get across to us and we can integrate those, and we'll finalize our media targets and lock it in.

00:47:50 – JOHN SCHNATTER: Just remember the day this happened, Jason, I told Steve and the team don't let them take me there. For God's sake, don't let them take me there, and they let them take me there and here we are dealing with this. So, I've got to make sure, and if I see this kind of bad judgment again, and I put a stop to it. This is the second time. Obamacare, I wrote a post on that Sunday, 2:42 on how to handle Obamacare. So, I've got to make sure I don't

24

let the intellects and the professional managers make another blunder because this is kind of out of their league as far as intelligence.

00:48:27 – JASON STEIN: Yeah. I totally agree, John. [UNINTELLIGIBLE CROSS CHATTER] I think the way the world works today, the only way to clear the air is to clear the air and so you have a lot that you want to say, and you have a strong point of view, and that's what's not gotten out there, and that's what we want to get out there. We want the truth to come out on it, and what we just need to do now is make sure we're not too aggressive in telling the truth.

00:48:52 – JOHN SCHNATTER: We're doing it in real-time. I think the longer I say nothing the worse things get.

00:48:57 – JASON STEIN: We agree.

00:48:59 – JOHN SCHNATTER: Okay. I have franchisees who still say don't do anything. You know what I mean. It's like we do the very thing that causes the problem, and then we do it again, and then we do it again, then we do it again, and I mean that's like, so...

00:49:13 – JASON STEIN: That's why we're pushing to do this as soon as possible. We want to get you out there and get the truth out as quickly as we can so we can move on.

00:49:21 – JOHN SCHNATTER: Well, I mean I'm pulling for you. I just hope you do a better job than the last three firms.

00:49:26 – JASON STEIN: If we let you speak at all we're already doing a better job.

00:49:31 – JOHN SCHNATTER: I agree, I agree with that, so you state your case and I'll let it rest, but okay, let's go. We've got a balancing act between the way I would say it and I'd say nothing, so we've got to get it in between and just hope we get through this and can correct the record here.

25

00:49:49 – JASON STEIN: Great. Perfect.

00:49:51 – CHRISTY JOHNSON: As far as timing goes, are we still targeting to get all this finalized and looking at next Saturday if we can line up Antron?

00:49:56 – JOHN SCHNATTER: I think by Saturday you've got to have all this stuff done unless Antron doesn't want to do it. I just hope that marketing didn't run him off because I know the folks at DSR got a bad taste in their mouth. We had a good thing going there [UNINTELLIGIBLE] and we [UNINTELLIGIBLE] screwed it up.

00:50:08 – JASON STEIN/CROSSTALK: I think by Sunday John won't be working ... [UNINTELLIGIBLE] anymore ... [UNINTELLIGIBLE]

00:50:16 – STEVE RITCHIE: Are you guys talking to Don or is somebody talking to Don?

00:50:22 – CHRISTY JOHNSON: Christian Taylor talked to Ted this morning. Ted is going to text me.

00:50:26 – JOHN SCHNATTER: Well, I mean, you don't have it very [UNINTELLIGIBLE]. I went through everything that I went through with Leah and then all of a sudden, you know, they're creating [UNINTELLIGIBLE] for us, we're not going to do it. [UNINTELLIGIBLE]. The deal I had with Don was real clear.

00:50:36 – CHRISTY JOHNSON: Right.

00:50:38 – JOHN SCHNATTER: I told Don, I said, 'we're at the 50-yard line. We're not even close to the end zone.' He said he's doing everything I asked for. I said, 'I even talked to Steve about this.' I said I wanted Steve [UNINTELLIGIBLE] make this decision. I said, 'we're probably 75 to 80 percent, we're not on the 25, so I'm not committed to this,' but that's what they have a tendency to do. They tell you they're going to do something; they suck you in and all of a sudden, we've got a bunch of bullshit to deal with. So, I mean, they do this for a living. It's $100,000. They can't buy the car? They're telling you

26

something right there.

00:51:11 – CHRISTY JOHNSON: Yeah. The last race we went to an academy and got a car for Leah.

00:51:15 – STEVE RITCHIE: So, the issue is they can't find a car?

00:51:17 – CHRISTY JOHNSON: Yeah, Toyota sponsorship or something. So, he needs a car to drive.

00:51:22 – STEVE RITCHIE: Can't be that hard.

00:51:23 – [UNINTELLIGIBLE CROSSTALK]

00:51:29 – STEVE RITCHIE: We'll figure it out. That should be easy.

00:51:33 – KATIE WOLLRICH: [UNINTELLIGIBLE] NHRA as it relates to these  interviews... [UNINTELLIGIBLE] I just want to make sure I understand and make sure Laundry Service understands.

00:51:43 – JOHN SCHNATTER: [UNINTELLIGIBLE] that's probably one of the biggest disappointments is all the messages weren't the same. The responses downstairs weren't too much different than ones that we came up with on the airplane. Now I've got Zimmerman's response and they're too long. I mean [UNINTELLIGIBLE] we agree to keeping it short and they can't help themselves. So, the answer to your question is, I would make sure for sure that everything we say with Antron and Leah at that race is the same thing we're going to say to [UNINTELLIGIBLE]. Yeah, heck, yeah. I would be real concerned.

00:52:27 – STEVE RITCHIE: But you want to try to do this all in that same week?

00:52:30 – JOHN SCHNATTER: First I've seen this. I mean, you've got to give me a heads up on this stuff. I mean, goddamn. I come in here. [UNINTELLIGIBLE]. I mean my phone says meeting with laundromat over brand. Now we're talking about the race issue. I told him –

27

00:52:45 – [UNINTELLIGIBLE CROSSTALK]

00:52:57 – UNIDENTIFIED FEMALE SPEAKER: When does he want to do the race versus this interview?

00:52:59 – JASON STEIN: He's the one who's saying he wants to do it.

00:53:00 – [UNINTELLIGIBLE CROSSTALK]

00:53:01 – JOHN SCHNATTER: Laundry Service board reputation plan. I didn't put that together what it was about. It says Laundry Service brand. I didn't read the rest of it. You've got to click and open and read the rest of it. So, I thought we were going to see the new creative, that was when I got this. So, I've got to chew on this a little bit.

00:53:19 – STEVE RITCHIE: No, you've got time. Jason just wanted to hear your raw kind of thinking. It wasn't rehearsed or whatever, so I think it was important to go through the exercise. We've got time to refine the responses and make sure to kind of pass through all the potential questions. We'll work through the best and most appropriate timeline for Stephen A., whether that's just that weekend or just after or whatever.

00:53:43 – JOHN SCHNATTER: Do you all really think it's a big deal to rectify what's been said?

00:53:48 – STEVE RITCHIE: I certainly think we need to change the narrative so that's out there.

00:53:54 – JOHN SCHNATTER: I agree. I just wouldn't have waited until eight months after the fact. [UNINTELLIGIBLE CROSSTALK] Jesus Christ, here, me, getting pounded and we give the NFL $40 million a year. We're the number one brand and now all of a sudden, we're dealing with this shit. It's crazy. So anyway, we'll see.

00:54:15 – JASON STEIN: This is what happens when a sociopath

28

spirals. [FEMALE LAUGHTER]

00:54:17 – JOHN SCHNATTER: Up in New York we made a decision. We're going to go out and get killed again, then I don't have to worry about doing the ads. And I got to tell you, heaven forbid this company if they're not going to use me at all. After I've looked at this research, I mean, I'm just not seeing how you're not going to tell the Papa John story and let them – what bothers me is Colonel Sanders called blacks n******. I'm like, I've never used that word. And they get away with it. [UNINTELLIGIBLE CROSSTALK] Yet we use the word debacle and we get framed in the same genre. It's crazy. The whole thing's crazy.

00:54:47 – [UNINTELLIGIBLE CROSSTALK]

00:54:50 – STEVE RITCHIE: All right, John.

00:54:53 – JOHN SCHNATTER: I've got a 3:00 with Charles Koch and then I'll be over...
[UNINTELLIGIBLE].

00:54:58 – STEVE RITCHIE: I've got Mike from 2:00 to 3:00, so...

00:54:59 – [UNINTELLIGIBLE CROSSTALK]

00:55:02 – UNIDENTIFIED FEMALE SPEAKER: Thank you.

00:55:03 – JASON STEIN: I hope he gets fuckin' sent out to the pasture on this shit. I really, really fuckin' do.

00:55:09 – UNIDENTIFIED FEMALE SPEAKER: All of his answers just said a lot about him. They were very revealing.

00:55:15 – JASON STEIN: Yeah. I mean I already, that's already all been revealed to me. That's why I just want him to go out and talk.

00:55:22 – UNIDENTIFIED FEMALE SPEAKER: Because he can't even take the most, like, simple, like just acknowledge the fact that, find something that [UNINTELLIGIBLE] why they're doing this protest,

29

like he wouldn't even pick up on that.

00:55:32 – UNIDENTIFIED FEMALE SPEAKER: Yeah, he's really not in touch –

00:55:35 – UNIDENTIFIED MALE SPEAKER: But [CROSSTALK]-- he's like the players don't care. They're going to still protest because that's more important to me.

00:55:41 – JASON STEIN: He's a racist.

00:55:43 – FEMALE SPEAKER: Then he's a racist.

00:55:44 – JASON STEIN: He has no problem saying that black people were dragged behind a car, using the N-word just now, but he can't just fucking say that –

00:55:52 – FEMALE SPEAKER: Did he actually use the N-word?

00:55:53 – CROSSTALK: ... Yes, he just did...

00:55:55 – TIM POLDER: I missed that as well.

00:55:56 – FEMALE SPEAKER: He literally just said that, he said Colonel Sanders said that.

00:55:59 – JASON STEIN: He said -- he called them N word and he's fine, but all I did was say debacle. He has no problem saying that but he can't say that he said anything wrong.

00:56:12 – TIM POLDER: Yep, it's crazy.

00:56:14 – JASON STEIN: He's racist.

00:56:15 – UNIDENTIFIED MALE SPEAKER: He's racist.

00:56:16 – UNIDENTIFIED FEMALE SPEAKER: But the thing is he's all about like money and to me the players saying that they're still going to protest is because they're saying this is a real issue, it's not

30

about the money. It's not about us throwing our salaries. It's not about us, not having...

00:56:29 – JASON STEIN: Are they still protesting?

00:56:33 – FEMALE SPEAKER: Well, he was saying that when he went and said to the players, like why are you still...

00:56:40 – TIM POLDER: But values don't mean anything if they don't cost you anything, and that's what the players are proving, why they keep on protesting. Colin Kaepernick, there's only one reason he's not playing right now. It's not because he sucks.

00:56:54 – UNIDENTIFIED FEMALE SPEAKER: I think the most uncomfortable part of this whole thing beyond all the uncomfortable parts were that when we said are you racist and he first read that question he had to ask the rest of the rest of team if he's still working with a certain, like, community or committee still.

00:57:11 – UNIDENTIFIED FEMALE SPEAKER: The Deion Sanders thing.

00:57:15 – UNIDENTIFIED FEMALE SPEAKER: He's like are we still doing that. And then it's like, that question was your whole answer, so...

00:57:21 – TIM POLDER: That's the CEO's equivalent of 'I've got a black friend,' and then he added 'I've got a black bodyguard.'

00:57:25 – [UNINTELLIGIBLE CROSSTALK]

00:57:31 – UNIDENTIFIED FEMALE SPEAKER: Before I was like yeah, it's money driven. But now I'm like he's actually very much, in fact, a racist from a lot of the answers he gave. It's like a lack of self-awareness and a lack of curiosity, and a lack of trying to like change his view, or attack it in his life, because if you just want to live in this box, then that is the ingredient to racism.

00:57:50 – TIM POLDER: Okay. Devil's advocate. Despite the plan,

31

the plan's the plan. No one, no one has said to him, 'dude, are you really not getting it? You are out of touch.' Everyone, including us, are pandering a little bit to him. No one is saying to him, 'you are actually out of touch. You cannot say these things. I get your empathy note about that you find it horrible that...'

00:58:14 – JASON STEIN: He knows. He knows.

00:58:16 – UNIDENTIFIED FEMALE SPEAKER: I don't think he cares.

00:58:17 – JASON STEIN: He doesn't give a shit.

00:58:18 – TIM POLDER: Then he doesn't give a shit.

00:58:19 – JASON STEIN: Like the way he said yeah, I know, you guys. I can't say that, I know.

00:58:23 – CROSSTALK: ... He knows...

00:58:25 – TIM POLDER: And devil's advocate.

00:58:27 – JASON STEIN: You're right. It's a fair point but he knows. I just want him to go and speak the truth, and I want him -- write down the bullet points, and then go fucking -- just have to make sure it's an hour-long conversation, so that he says shit like he said here. It's gonna come out. He can't control it.

00:58:41 – UNIDENTIFIED FEMALE SPEAKER: I want the person interviewing him to know even though he knows to not say those specific answers, I want that shit to come out too.

00:58:49 – UNIDENTIFIED FEMALE SPEAKER: Well, it's going to come out now because even now he started spiraling.

00:58:51 – UNIDENTIFIED FEMALE SPEAKER: Like, I want whatever we recorded to be like the actual interview.

00:58:55 – JASON STEIN: I already spoke to Darren Rovell who said

32

he gets it, and he said he'll only do it if he can ask all the hard questions and really talk about all the hard issues and he'll do it for an hour on Twitter live and he'll let people ask questions. So, we just have to make sure he does that. You can't give a five-minute sound bite. And Bill Simmons will do it too. I'll call Bill and ask.

00:59:15 – TIM POLDER: Is it a Twitter questionnaire or is it live and being streamed?

00:59:19 – JASON STEIN: Live, on Twitter for an hour.

00:59:20 – TIM POLDER: Streamed?

00:59:21 – JASON STEIN: Streamed, on video. Darren asks questions, he answers, and then you take questions from Twitter. And I told Darren by the end of it, it needs to be viral. He said 'no problem.'

00:59:32 – [UNINTELLIGIBLE CROSSTALK]

00:59:37 – TIM POLDER: Cultural [UNINTELLIGIBLE] get more viewers than marquee? [UNINTELLIGIBLE] Facebook.

00:59:42 – UNIDENTIFIED FEMALE SPEAKER: What I did do, though, is I put in his answers into the different questions when they weren't there so we'd have it in our Google doc. Americans For Prosperity...

00:59:50 – MALE SPEAKER: That's a fucking super right wing, like crazy...

00:59:55 – [UNINTELLIGIBLE CROSSTALK]

00:59:57 – JASON STEIN: Thank you. Hang in there, guys. Sorry you had to hear that crap.

00:59:59 – [UNINTELLIGIBLE CROSSTALK]

01:00:10 – TIM POLDER: So, he's BFFs with Pence, Koch.

33

01:00:12 – [RECORDING ENDS]