# EXHIBIT 48

## FILED UNREDACTED PER DN 184

Message

| From: | Mike Pickles [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CFAD06F99E674535AE197899F8DD2BC1-MPICKLES@WMGLLC.COM] |
|---|---|
| Sent: | 7/10/2018 7:47:57 PM |
| To: | Peter Collins [Peter_Collins@papajohns.com]; Caroline Oyler [Caroline_Oyler@papajohns.com] |
| Subject: | RE: Points of Contact |

Thank you, Peter. Something like that should be fine.

Unfortunately, we have another pressing matter. A Laundry Service employee just informed us that they received a call from someone who identified himself as Noah Kirsch from Forbes. He told the employee that he is working on a story about Papa Johns and John Schnatter and that he has spoken to "current and recently departed senior leadership at Papa Johns" and has learned about an incident that took place between PJ and Laundry Service. He asked that the employee go on the record and call him back after work hours to talk about "what exactly happened". The employee deflected and said that press inquiries had to be addressed to our head of internal PR.

Typically, we would have Mel Zukerman (whom you met on the phone) just return his call to find out what he's writing about and offer no comment. If there are other ways you would like to handle pls advise.

Best,
Mike

**From:** Peter Collins <Peter_Collins@papajohns.com>
**Sent:** Monday, July 9, 2018 3:10 PM
**To:** Mike Pickles <mpickles@teamwass.com>; Caroline Oyler <Caroline_Oyler@papajohns.com>
**Subject:** RE: Points of Contact

Mike  - Appreciate the transparency and did notice the Adweek/Patrick Coffee coverage today.   I did receive an inquiry from Ad Age this afternoon on our CMO search and any agency roster changes.  We have only let them know we have no new news to report on either front.  Once the agreement is finalized we can agree on mutual language to share as part of any external communication OR reactive media statement.  To get the ball rolling, below is some potential DRAFT language as a jumping off point from the PJ POV:

*"We have mutually decided to part ways with our creative agency of record Laundry Service. We appreciate their professionalism as well as their commitment to Papa John's and wish them continued success in their future endeavors."*

Look forward to your thoughts/alignment.

Pete


**Peter Collins**
**Senior Director, Public Relations**

**Papa John's International, Inc.**
2002 Papa John's Blvd.
Louisville, KY 40299
Office: 502-261-4233 / Cell: 917-826-4182
e-mail: Peter_Collins@PapaJohns.com



Confidential Discovery Material

WMG0001074

**From:** Mike Pickles [mailto:mpickles@teamwass.com]
**Sent:** Monday, July 09, 2018 3:15 PM
**To:** Caroline Oyler <Caroline_Oyler@papajohns.com>
**Cc:** Peter Collins <Peter_Collins@papajohns.com>
**Subject:** RE: Points of Contact

[EXTERNAL EMAIL - USE CAUTION]
Caroline/Peter:

In the spirit of staying in contact, I wanted you to know that today we implemented a staff restructuring at Laundry Service today.  None of our internal messaging mentions Papa John's.  This is an action being taken as part of a cyclical change in client spending across a number of accounts.  We had no intention of making a public announcement about the staff reduction, but advertising media outlets like Digiday and AdWeek reached out to us because they heard about it.

Therefore, we determined that the best course of action was to release a statement confirming that there were some staff who were restructured and also announce a leadership change with Jason Stein and Alyson Warshaw departing from the business to pursue new entrepreneurial endeavors.

Again, we made no mention in PR statements or on background to reporters about any client, including Papa John's.  It is possible that PJ might be mentioned by AdAge or Digiday in their coverage of the leadership change since they both previously covered Laundry Service being named AOR for Papa John's.  Again, we won't be making any on or off record statements to the press about Papa John's in regard to any of this and will attribute the restructuring to cyclical changes in client spending across a number of unspecified accounts.

If you receive any inquiries, please let me know.

Best,
Mike

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

Confidential Discovery Material

WMG0001075