UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(*ELECTRONICALLY FILED)*

| | |
|---|---|
| JOHN H. SCHNATTER, Plaintiff | |
| vs. | Civil Action No.: 3:20-cv-00003-BJB-CHL<br>Judge BENJAMIN BEATON<br>Magistrate Judge COLIN H. LINDSAY |
| 247 GROUP, LLC d/b/a LAUNDRY SERVICE and WASSERMAN MEDIA GROUP, LLC<br>Defendants | |

**[PROPOSED] ORDER ON TO DEFENDANT'S MOTION TO FILE CERTAIN MATERIALS PROVISIONALLY UNDER SEAL [DN 342]**

Upon consideration of Defendant's Motion to File Certain Materials Provisionally under Seal [DN 342] and Plaintiff John H. Schnatter's ("Plaintiff") Response [DN 368]; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that unredacted versions of Defendant's Response to Plaintiff's Objection to Magistrate Judge's March 28, 2024 Memorandum Opinion and Order [DN 341] and Expert Report of Doug Bania that was attached as Exhibit A to the Declaration of Patrick Somers accompanying Defendant's Response [DN 343] shall remain filed under seal.