UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(ELECTRONICALLY FILED)*

| | |
|---|---|
| JOHN H. SCHNATTER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No.: 3:20-cv-00003-BJB-CHL |
| | ) Judge BENJAMIN BEATON |
| 247 GROUP, LLC d/b/a LAUNDRY | ) Magistrate Judge COLIN H. LINDSAY |
| SERVICE | ) |
| Defendant | ) |

## NOTICE OF FILING OF ADMITTED EXHIBITS AND CLIP REPORTS

Plaintiff, John H. Schnatter ("Schnatter"), by and through counsel, hereby files with the Court the following exhibits that were admitted into evidence during the Bench Trial on May 22 and May 23, 2024, as well as the associated clip reports and designation reports for each videotaped witness played at the Bench Trial. The admitted exhibits are attached hereto as Exhibits 1 through 16. The Clip Reports are collectively attached hereto as Exhibit 17. The Designation Reports are collectively attached hereto as Exhibit 18.

| Trial Ex. Number | Date | Description | Bates |
|---|---|---|---|
| PX001 | 2017-12-20 | Email from Wollrich re Supporting Docs | WMG4046-4040 |
| PX002 | 2018-03-12 | Email from Wollrich re MLT/Brand Reputation Recovery Plan Share | WMG0014114-14139 |
| PX003 | 2018-03-12 | Email from White re Let's ship this one | WMG0002637-2638 |
| PX004 | 2018-03-26 | Email from K. Wollrich re Founder Agreement | WMG0006134-6138 |
| PX005 | 2018-03-26 | Email from K. Wollrich re Founder Agreement2 | WMG0006101-6105 |
| PX006 | 2018-04-09 | Email from S. Pillsbury re Signature Request | WMG0016250-16256 |
| PX007 | 2018-04-09 | Email from M. Mikho re signature request | WMG0019581-19583 |
| PX008 | 2018-04-10 | Email from R. White re Founder Agreement | WMG0009245-9250 |

| Trial Ex. Number | Date | Description | Bates |
|---|---|---|---|
| PX009 | 2018-04-18 | Email from R. White re Quick Update | WMG0006700-6742 |
| PX010 | 2018-04-19 | Confidentiality, Non-Disparagement and Dispute Resolution Agreement | WMG0016253-16256 |
| PX011 | 2018-05-16 | Email from D. Nunez re Action Items from PJ's Mtg with John and Senior Leaders | WMG0000894-896 |
| PX012 | No Date | PJ Code of Ethics and Business Conduct | WMG0024008-24027 |
| PX013 | No Date | Mike Mikho LinkedIn Page | No Bates |
| PX014 | 2018-05-13 | Email from R White to J Stein RE JS 11 Prep w Attach PJ Team & Olson Bios | WMG0001338-1342 |
| PX015 | 2018-05-22 | Email re Media Agency Update | JHS034081-34084 |
| PX016 | 2018-01-0 | Master Service Agreement and SOW | WMG0000857-872 |

| Witness/Clip Report | Date of Deposition | Length of video |
|---|---|---|
| Randi White | 2020-09-23 | 21:45 |
| Randi White, LS 30b6 | 2023-04-07 | 9:39 |
| Mike Mikho | 2021-07-16 | 12:43 |
| Katie Wollrich, Vol 1 | 2021-11-15 | 13:16 |
| Katie Wollrich, Vol 2 | 2022-02-15 | 18:58 |

These exhibits, clip reports and designation reports are submitted pursuant to the Court's instruction.  DN 375, PageID.10245-47. Further, although some of the exhibits and deposition testimony was previously produced as CONFIDENTIAL, with the exception of p. 166:15-22 of Volume I of Katie Wollrich, counsel for Schnatter and Laundry Service have agreed that the confidentiality designation no longer applies and they can be de-designated.  Schnatter is filing a Motion to Seal p. 166:15-22 of Volume I of the Katie Wollrich Deposition simultaneously herewith.

Respectfully submitted,

  s/ Dennis D. Murrell

Dennis D. Murrell
Elisabeth S. Gray
Augustus S. Herbert
M. Katherine Ison
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, KY  40207
(502) 677-4729
dmurrell@grayice.com
egray@grayice.com
aherbert@grayice.com
kison@grayice.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed on this the __*11th*__ day of June, 2024, via the Court's CM/ECF system, which will give electronic notice to counsel listed below who are registered to receive notifications:

Michael P. Abate
**KAPLAN JOHNSON ABATE & BIRD, LLP**
710 W. Main St., 4th Fl.
Louisville, KY  40202
mabate@kaplanjohnsonlaw.com

and

Bert H. Deixler (pro hac vice)
Patrick J. Somers (pro hac vice)
David T. Freenock (pro hac vice)
**KENDALL BRILL & KELLY LLP**
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA  90067
bdeixler@kbkfirm.com
psomers@kbkfirm.com
dfreenock@kbkfirm.com
*Counsel for Defendant*
*247 Group, LLC d/b/a Laundry Service*

  s/ Dennis D. Murrell

*Counsel for Plaintiff*