# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JOHN H. SCHNATTER,** | Case No. 3:20-cv-00003-BJB-CHL |
| Plaintiff, | JUDGE BENJAMIN J. BEATON |
| v. | MAGISTRATE JUDGE COLIN H. LINDSAY |
| **247 GROUP, LLC d/b/a LAUNDRY SERVICE** | |
| Defendant. | |

**DEFENDANT 247 GROUP, LLC d/b/a LAUNDRY SERVICE'S AMENDED EXHIBIT LIST AND NOTICE OF FILING OF EXHIBITS ADMITTED AT TRIAL**

Defendant 247 Group, LLC d/b/a Laundry Service files this Amended Exhibit List to include all of the Defense Exhibits ("DX") that were admitted by the Court at the parties' recent bench trial, along with copies of each of the exhibits.

In addition, Defendant will be filing with the Clerk of Court a thumb drive containing all of the video deposition excerpts that were played at the trial.

**DEFENSE EXHBITS**

| Trial Exhibit No. | Description |
|---|---|
| DX-001 | 01/01/2018 Master Service Agreement between 247 Group, LLC, d/b/a Laundry Service and Papa John's Marketing Fund, Inc. [Wollrich Dep. Ex. 504; WMG0000857-WMG0000872] |
| DX-002 | 01/11/2018 Papa John's Meeting Agenda [WMG0004458-WMG0004460] |
| DX-003 | 01/18/2018 Email chain communication re Help Booking Stakeholder Interviews: Brand Purpose Follow-Up [WMG0021306-WMG0021307] |

| DX-004 | 02/26/2018 Email chain communication re FAC on Friday [WMG0002132-WMG0002133] |
|---|---|
| DX-005 | 02/27/2018 Email chain communication re Dates for Shoot in R&D [WMG0006008-WMG0006009] |
| DX-006 | 03/02/2018 Email chain communication re Value Construct – Revised Deck w/ Recommendations in Upfront [WMG0021773-WMG0021774] |
| DX-007 | 03/07/2018 Email chain communication re John vs No-John – Testing Methodology [WMG0002611-WMG0002621] |
| DX-008 | 03/08/2018 Email chain communication re PREP for Social Listening Owner Perception Review/Discussion [Wollrich Dep. Ex. 507; WMG0002295-WMG0002304] |
| DX-009 | 03/08/2018 Email chain communication re Social Listening Owner - Perception Recap [Wollrich Dep. Ex. 508; WMG0002761-WMG0002764] |
| DX-010 | 03/09/2018 Papa John's Founder Perception Presentation [WMG0006703-WMG0006744] |
| DX-011 | 03/12/2018 Email chain communication re John vs No-John – Testing Methodology [Polder Dep. Ex. 3; WMG0002985-WMG0002996] |
| DX-012 | 03/12/2018 Email chain communication re Let's ship this one [White Dep. Ex. 22; WMG0002637-WMG0002638] |
| DX-013 | 03/12/2018 Email chain communication re MTL/Brand Reputation Recovery Plan Share [Wollrich Dep. Ex. 509; WMG0014114-WMG0014139] |
| DX-014 | 03/14/2018 Email chain communication re Peter Collings shared the folder "Luntz research" with you [WMG0002758-WMG0002759] |
| DX-015 | 03/14/2018 Email chain communication re Peter Collings shared the folder "Luntz research" with you [WMG0006133] |
| DX-016 | 03/15/2018 Email chain communication re NHRA Video Photo or Access Request [WMG0005789-WMG0005793] |
| DX-017 | 03/17/2018 Email chain communication re PRELIM RESULTS: Founder Perception – Creative Testing |

|        |                                                                                                                                                                  |
| ------ | ---------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|        | [Wollrich Dep. Ex. 511; PJI-LS_00007754-PJI-LS_00007762]                                                                                                         |
| DX-018 | 03/17/2018 Email chain communication re PRELIM RESULTS: Founder Perception – Creative Testing <br> [WMG0003091-WMG0003098]                                       |
| DX-019 | 03/18/2018 Email chain communication re Papa Johns NHRA pics <br> [WMG0003038-WMG0003039]                                                                        |
| DX-020 | 03/26/2018 Email chain communication re Founder Agreement <br> [White Dep. Ex. 21; WMG0006101-WMG0006105]                                                        |
| DX-021 | 03/26/2018 Email chain communication re Founder Agreement <br> [Papa John 30(b)(6) PMK Dep. Ex. 683; WMG006134-WMG006138]                                        |
| DX-022 | 03/30/2018 Email chain communication re PRIVILEGED AND CONFIDENTIAL: Research <br> [Olson Dep. Ex. 626; WMG0003129-WMG3171]                                      |
| DX-023 | 03/30/2018 Email chain communication re Equity Work Follow-Up <br> [WMG0021489-WMG0021493]                                                                       |
| DX-024 | 04/09/2018 Email chain communication re Signature request: Founder Agreement <br> [Mikho Dep. Ex. 2; WMG0016250-WMG0016252]                                      |
| DX-025 | 04/09/2018 Confidentiality, Non-Disparagement and Dispute Resolution Agreement, signed by Mike Mikho <br> [Mikho Dep. Ex. 3; WMG0016253-WMG0016256]               |
| DX-026 | 04/09/2018 Confidentiality, Non-Disparagement and Dispute Resolution Agreement, signed by Steve Ritchie <br> [Smith Dep. Ex. 5; JHS031124-JHS031127]              |
| DX-027 | 04/10/2018 Email chain communication re Founder Agreement <br> [Stein Dep. Ex. 10; WMG0009245-WMG0009250]                                                        |
| DX-028 | 04/27/2018 Brandon Rhoten email to Steve Ritchie and Caroline Oyler re Updated research deck on JHS <br> [Rhoten Dep. Ex. 517; JHS008784-JHS008793]               |
| DX-029 | 06/18/2021 Plaintiff's Supplemental Answer to Defendants' First Set of Interrogatory Nos. 6 and 10                                                               |
| DX-030 | 08/2022 Papa John's Code of Ethics and Business Conduct <br> [Papa John 30(b)(6) PMK Dep. Ex. 684; WMG006134-WMG0024027]                                         |
| DX-031 | 04/01/2004 Papa John's International Inc.'s Code of Ethics and Business Conduct                                                                                  |

| DX-032 | 02/18/2009 Papa John's International Inc.'s Code of Ethics and Business Conduct |
| --- | --- |
| DX-033 | 10/30/2015 Papa John's International Inc.'s Code of Ethics and Business Conduct |
| DX-034 | 10/27/2017 Papa John's International Inc.'s Code of Ethics and Business Conduct [PJI-LS_00009981-PJI-LS_00009991] |
| DX-035 | 04/30/2020 Papa John's International Inc.'s Code of Ethics and Business Conduct |
| DX-036 | 2016 Papa John's International Inc.'s Proxy Statement, Corporate Governance |
| DX-037 | 2018 Papa John's International Inc.'s Proxy Statement, Corporate Governance |
| DX-038 | Defendant's Affirmative Designation and Plaintiff's Counter-Designation of Katherine Wollrich's Deposition, dated 11/15/2021 |
| DX-039 | Defendant's Affirmative Designation and Plaintiff's Counter-Designation of Katherine Wollrich's Deposition, dated 02/15/2022 |
| DX-040 | Defendant's Affirmative Designation and Plaintiff's Counter-Designation of Brandon Rhoten's Deposition, dated 11/23/2021 |

Dated: June 13, 2024                                       Respectfully submitted,

                                                                             */s/ Michael P. Abate*

Bert H. Deixler (*pro hac vice*)                      Michael P. Abate (*pro hac vice*)
 Email: bdeixler@kbkfirm.com                    Email: mabate@kaplanjohnsonlaw.com
Patrick J. Somers (*pro hac vice*)                 KAPLAN JOHNSON ABATE & BIRD LLP
 Email: psomers@kbkbfirm.com                710 West Main Street, 4th Floor
David T. Freenock (*pro hac vice*)                Louisville, Kentucky 40202
Email: dfreenock@kbkfirm.com                 Telephone: 502.416.1630
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705                               *Counsel for Defendant*

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2024, I filed the foregoing with the Court and served it on all parties by filing it through the Court's CM/ECF system.

*/s/ Michael P. Abate*  
Counsel for Defendant
