## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JOHN H. SCHNATTER,** | Case No. 3:20-cv-00003-BJB-CHL |
| Plaintiff/Appellee, | JUDGE BENJAMIN J. BEATON |
| v. | MAGISTRATE JUDGE COLIN H. LINDSAY |
| **247 GROUP, LLC d/b/a LAUNDRY SERVICE** | |
| Defendant/Appellant. | |

## NOTICE OF APPEAL

Pursuant to 9 U.S.C. § 16(a), Defendant/Appellant 247 Group, LLC d/b/a Laundry Service hereby gives notice of its appeal to the United States Court of Appeals for the Sixth Circuit from the Court's Opinion & Order (DE 399), entered on September 30, 2024, which denied Defendant/Appellant's motion to compel arbitration.

Dated: October 8, 2024

Respectfully submitted,

/s/ *Michael P. Abate*

Bert H. Deixler (*pro hac vice*)
 Email:  bdeixler@kbkfirm.com
Patrick J. Somers (*pro hac vice*)
 Email: psomers@kbkbfirm.com
David T. Freenock (*pro hac vice*)
Email: dfreenock@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone:  310.556.2700
Facsimile:  310.556.2705

Michael P. Abate (*pro hac vice*)
 Email:  mabate@kaplanjohnsonlaw.com
KAPLAN JOHNSON ABATE & BIRD LLP
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
Telephone:  502.416.1630

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2024, I served the foregoing notice on all counsel of record via the Court's CM/ECF filings system.

<u>/s/ Michael P. Abate</u><br>
Counsel for Defendant