# EXHIBIT A

| | |
|---|---|
| **From:** | David Freenock |
| **To:** | Dennis Murrell |
| **Cc:** | Patrick Somers; Bert H. Deixler; Mike Abate; Elisabeth Gray; Augustus Herbert; Carla Rossi |
| **Subject:** | RE: Schnatter v. 247 Group et al., No. 3:20-cv-00003-BB-CHL (W.D. Ky. 2020) |
| **Date:** | Wednesday, February 4, 2026 9:59:00 AM |
| **Attachments:** | image002.png |
| | image003.png |

Dennis,

We write to follow up on the below correspodence, which we provided on January 29, 2026. The Court overruled Schnatter's objections to Magistrate Judge Lindsay's Order [DN 336] on January 26, 2026 [DN 427] and directed the parties to meet and confer on Schnatter's compliance.  We have not heard from you since the Court overruled the objections on January 26, 2026.

David



**David T. Freenock**
Kendall Brill & Kelly LLP

PLEASE NOTE:  This message, including any attachments, may include privileged, confidential and/or inside information.  Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.  Thank you.

---

**From:** Carla Rossi <crossi@kbkfirm.com>
**Sent:** Thursday, January 29, 2026 11:20 AM
**To:** Dennis Murrell <dmurrell@grayice.com>
**Cc:** Patrick Somers <psomers@kbkfirm.com>; David Freenock <dfreenock@kbkfirm.com>; Bert H. Deixler <bdeixler@kbkfirm.com>; Mike Abate <mabate@kaplanjohnsonlaw.com>; Elisabeth Gray <egray@grayice.com>; Augustus Herbert <aherbert@grayice.com>
**Subject:** Schnatter v. 247 Group et al., No. 3:20-cv-00003-BB-CHL (W.D. Ky. 2020)

Dear Mr. Murrell:

On behalf of Patrick J. Somers, please see the attached correspondence.



**Carla K. Rossi**
**Legal Assistant**
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
crossi@kbkfirm.com
310.272.7909

**Exhibit A**
**Page 4**