# EXHIBIT 1

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX001 | 2018-04-09 | Executed Confidentiality, Non-Disparagement and Dispute Resolution Agreement | JHS004005 |
| PX002 | 2018-05-22 | Audio recording of the 5-22-18 call produced by Polder | POLDER000000057 |
| PX003 | 2018-05-22 | Transcription of Conference Call | No Bates |
| PX004 | 1996-05-16 | Stadium Agreement | JHS035442 |
| PX005 | 1996-05-16 | PJ Sponsorship Agreement and Amendments | UofL000029 |
| PX006 | 2000-09-26 | First Amendment to Stadium Agreement | JHS035378 |
| PX007 | 2007-08-09 | Agreement for Service as Chairman | JHS007864 |
| PX008 | 2007-08-09 | Agreement for Service as Founder | JHS007868 |
| PX009 | 2007-08-27 | Second Amendment to Stadium Agreement | JHS035381 |
| PX010 | 2008-05-14 | Amended and Restated Exclusive License Agreement | JHS007876 |
| PX011 | 2010-07-13 | Expert Report Sponsorship Agreement 2 | MURPHY00112 |
| PX012 | 2011-08-07 | Celebrity DBI Score | Excel_SDT_000035 |
| PX013 | 2011-11-21 | Confidentiality Agreement between PJI and Steve Ritchie | JHS031124 |
| PX014 | 2013-07-13 | Expert Report Sponsorship Agreement 1 | MURPHY00001 |
| PX015 | 2015-03-25 | Email from P. Dunigan to C. Ryan re DBI Score | Excel_SDT_000001 |
| PX016 | 2015-09-19 | Expert Report Sponsorship Agreement 5 | MURPHY00236 |
| PX017 | 2016-01-28 | Email String from Medina to J. Schnatter Re Hispanic Marketing Research | No Bates |
| PX018 | 2016-02-02 | Email from Medina to J. Schnatter Re Update Hispanic Outreach | No Bates |
| PX019 | 2016-03-04 | Third Amendment to Stadium Agreement | JHS035383 |
| PX020 | 2016-10-24 | Founder, Chairman and Chief Executive Officer Compensation Review | JHS035360 |
| PX021 | 2017-02-15 | Minutes of Regular Meeting of PJI Comp Committee | JHS031658 |
| PX022 | 2017-10-19 | Email from C. Wasserman to J. Stein re Thanks from LS | WMG0009290 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX023 | 2017-10-23 | Email from Ritchie to Rhoten Re Tweet from NFL SBJ Reporter This Morning | PJI-LS_00004768 |
| PX024 | 2017-10-26 | Email from Stein to Wasserman RE Possible Visit | WMG0009293 |
| PX025 | 2017-10-30 | Letter from LS to PJ (Rhoten) Re Moving Forward | JHS008021 |
| PX026 | 2017-10-30 | Email from Stein to Group Fwd LOI with Attachment | WMG0019880 |
| PX027 | 2017-10-31 | Email from Ritchie to Tucker Re Steve Q3 Script | PJI-LS_00009802 |
| PX028 | 2017-10-31 | Email from Wasserman to Stein Re Announcement | WMG0009288 |
| PX029 | 2017-10-31 | Email re Final Papa John's LOI | WMG0009360 |
| PX030 | 2017-10-31 | Email from Stein to Fox Fwd Final Signed PJs LOI w Attachment | WMG0020817 |
| PX031 | 2017-11-01 | Edited Transcript - PZZA Q3 PJ Earnings Call | JHS001620 |
| PX032 | 2017-11-01 | PJI Q3 2017 Conference Call J. Schnatter Remarks | PJI-LS_00009855 |
| PX033 | 2017-11-03 | Email from Stein to Wasserman Fwd WSJ | WMG0007741 |
| PX034 | 2017-11-06 | PZZA Q3 2017 Earnings Call Transcript | No Bates |
| PX035 | 2017-11-07 | Email from Koellner to J. Schnatter Re Letter from JHS | PJ00001499 |
| PX036 | 2017-11-28 | Email from Milby to Schnatter Re Forbes | JHS017229 |
| PX037 | 2017-12-01 | Restoring Reputation PowerPoint December 2017 | PJI-LS_00009090 |
| PX038 | 2018-01-01 | Master Services Agreement between LS and PJs | WMG0000857 |
| PX039 | 2018-01-29 | Calendar from 2018-01-29 to 2018-02-04 | JHS036980 |
| PX040 | 2018-02-21 | Minutes of PJ Compensation Committee - CONFIDENTIAL | JHS032121 |
| PX041 | 2018-02-23 | Email from Collins to Olson et al Fwd Interview | ICFN000411 |
| PX042 | 2018-02-27 | Email from Edelson to Group Re Assume NFL Leaked | ICFN000575 |
| PX043 | 2018-02-28 | Email from Matthews to Many Re YouTube Creative A/B Test Recap | WMG0005943 |
| PX044 | 2018-03-01 | Email from Collins to Olson et al Re Following Up | ICFN000733 |
| PX045 | 2018-03-01 | Email from Mullman to Collins et al Re Following Up | ICFN000735 |

2

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX046 | 2018-03-07 | Email from O. Kirley to M. Shapiro Re How Dominos Uses Tech to... | JHS008385 |
| PX047 | 2018-03-08 | Email from White to Wollrich Re John vs. No-John Testing Methodology | WMG0002105 |
| PX048 | 2018-03-08 | Email from White to Many Re Prep for Social Listening with Attachment | WMG0002295 |
| PX049 | 2018-03-08 | Email from Hellickson to White Re Media Next Steps | WMG0014458 |
| PX050 | 2018-03-09 | Email from R. White to Stein et al Re PJ Update | WMG0003099 |
| PX051 | 2018-03-10 | Email from Luntz to JHS Re Attorney Client Priv. w Attachment PJ 2017 Final | PJI-LS_00009017 |
| PX052 | 2018-03-11 | Email from Rhoten to Ritchie Fwd John | JHS008755 |
| PX053 | 2018-03-12 | Email from White to Matthews Re John vs. No-John - Testing Methodology | WMG0002985 |
| PX054 | 2018-03-12 | Email from Wollrich to White Fwd MLT Brand Rep Recovery Plan with Attachment | WMG0014114 |
| PX055 | 2018-03-14 | PJs Image Agreement/ Talent Fee Memo | JHS035632 |
| PX056 | 2018-03-22 | Email from Thompson to Duvall Re Contract with Schnatter-FIL Contract Attached | JHS012655 |
| PX057 | 2018-03-26 | Email from K. Wollrich to R. White re Founder Agreement | WMG0006101 |
| PX058 | 2018-03-26 | Email from Wollrich to White Fwd Founder Agreement w/ Attachment | WMG0006134 |
| PX059 | 2018-03-27 | Olson Engage PJ Value Construct Earned Media Strategy | ICFN000971 |
| PX060 | 2018-04-04 | Email from Mullman to Group Re VC Racing Spot | ICFN000857 |
| PX061 | 2018-04-04 | Email from Collins to Group Re Lets Correct Ad Age | ICFN000894 |
| PX062 | 2018-04-04 | Email from Wollrich to White et al Re Equity Feedback | WMG0006228 |
| PX063 | 2018-04-09 | Non-Disparagement and dispute Resolution Agreement | WMG0016253 |
| PX064 | 2018-04-10 | Email from White to Woolrich Re Founder Conf & NDA Final | WMG0009245 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX065 | 2018-04-16 | Memo from JHS to Ritchie | PJI-LS_00002070 |
| PX066 | 2018-04-17 | Email from Polder to Many Re 4-27 Shoot | WMG0006270 |
| PX067 | 2018-04-24 | Email from Thompson to Ryan Re DBI-Schnatter w Attachments | Excel_SDT_000008 |
| PX068 | 2018-04-25 | Email from Rhoten to Ritchie & Oyler Fwd Celebrity DBI Results w Attachment | JHS008808 |
| PX069 | 2018-04-28 | Email from Thompson to JHS Fwd JS Sentiment Analysis with Attachment | JHS001258 |
| PX070 | 2018-04-28 | Email from Fox (Cycle) to Stein Re Weekly Update | WMG0007719 |
| PX071 | 2018-04-30 | Email from Thompson to Hadley Re Main Deck with Board Slides Attached | JHS001599 |
| PX072 | 2018-04-30 | Email from Thompson to Zimmerman Re Final Zimmerman | JHS018167 |
| PX073 | 2018-05-01 | Email from Rhoten to Ritchie Fwd Brand and JHS Sentiment w Attachment | JHS008715 |
| PX074 | 2018-05-01 | Slack Messages with Schoonover and Catapano | WMG0023721 |
| PX075 | 2018-05-02 | BOD Brand Reputation | ICFN001520 |
| PX076 | 2018-05-02 | Minutes of Meeting of BOD of Papa John's | JHS007934 |
| PX077 | 2018-05-02 | US Securities & Exchange Comm. Form 8-K for PJ International | No Bates |
| PX078 | 2018-05-02 | Email from Wollrich to White et al Re Next Steps in Reputation Plan w Attached Q&A | WMG0003657 |
| PX079 | 2018-05-02 | Slack Message with White and Baker | WMG0023583 |
| PX080 | 2018-05-03 | Email from Stein to Ritchie Re "Hi" | WMG0020845 |
| PX081 | 2018-05-04 | Email from Stein to Ritchie Fwd John Ideas for PJs | WMG0017447 |
| PX082 | 2018-05-04 | Email from Mikho to Stein Re John Ideas for PJ | WMG0019576 |
| PX083 | 2018-05-04 | Email from Stein to Wasserman Fwd John Ideas for PJs | WMG0020832 |
| PX084 | 2018-05-07 | Slack Messages with Polder and Mongell | WMG0023095 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX085 | 2018-05-07 | Slack Message with White and Farrand | WMG0023215 |
| PX086 | 2018-05-08 | Email from White to Hellickson Re Latest with PJs | WMG0009168 |
| PX087 | 2018-05-08 | Email from Hellickson to Mikho Re Latest with PJs | WMG0009316 |
| PX088 | 2018-05-08 | Slack Messages between Baker and Nunez | WMG0023062 |
| PX089 | 2018-05-08 | Slack Message with Group | WMG0023123 |
| PX090 | 2018-05-10 | Slack Messages with Polder and Lippert | WMG0023623 |
| PX091 | 2018-05-11 | Email from Mullman to Group Re Follow Up Flags | ICFN001506 |
| PX092 | 2018-05-11 | Email from Thompson to Ritchie Re Image with Amendment Attached | JHS010005 |
| PX093 | 2018-05-13 | Email from White to Mikho Re Monday Meeting Prep | WMG0001303 |
| PX094 | 2018-05-13 | Email from White to Wollrich Re Monday Preso | WMG0001334 |
| PX095 | 2018-05-13 | Email from R White to J Stein RE JS 11 Prep w Attach PJ Team & Olson Bios | WMG0001338-1342 |
| PX096 | 2018-05-14 | Email from Olson to PJ Team Re Monitoring on Regional Test Ads | ICFN001510 |
| PX097 | 2018-05-14 | Email from Wollrich to White Re Monday Preso | WMG0003895 |
| PX098 | 2018-05-14 | Slack Messages w Mikho and Polder | WMG0023093 |
| PX099 | 2018-05-15 | Email string from V. Petrey to L. Leopold FW Final POV and plan on ad tests w Attachments | ICFN001615 |
| PX100 | 2018-05-15 | Email string from J. Olson to S. Many FW Trip Postponement | ICFN001618 |
| PX101 | 2018-05-15 | Email from Stein to Ritchie Re Marketing Role | WMG0020801 |
| PX102 | 2018-05-15 | Slack messages between Salim and White | WMG0023175 |
| PX103 | 2018-05-16 | Email from Wollrich to Ritchie Re PJs Presentation in Louisville | PJI-LS_00000916 |
| PX104 | 2018-05-16 | Email from D. Nunez to Fowler re Action items from PH meeting with JHS | WMG0000894 |
| PX105 | 2018-05-16 | Slack Message with Lim and Shukla | WMG0023342 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX106 | 2018-05-17 | Email string from J. Olson to P. Collins RE JHS media interview w/ Attachment | ICFN001629 |
| PX107 | 2018-05-18 | Email from Ritchie to Wollrich Re Progress Update | JHS004260 |
| PX108 | 2018-05-18 | Email string from J. Olson to S. Ritchie RE JHS media relations POV w Attachment | PJI-LS_00002847 |
| PX109 | 2018-05-18 | Email from Collins to White Re JHS Reputation Follow-up | PJI-LS_00009972 |
| PX110 | 2018-05-18 | Email from White to Collins & Wollrich Re JHS Reputation Follow Up | WMG0001264 |
| PX111 | 2018-05-18 | Email from Polder to Mongell Re 5-18 | WMG0008729 |
| PX112 | 2018-05-18 | Email from Hellickson to Group Re Recap of Calls with Katie, Bill, and John | WMG0009187 |
| PX113 | 2018-05-19 | Email from S. Ritchie to J. Olson RE JHS media relations POV and plan | PJI-LS_00005854 |
| PX114 | 2018-05-19 | Email from White to Many Re PJ Update | WMG0000715 |
| PX115 | 2018-05-19 | Email from Ritchie to Stein Re Olson POV for John Rep Rebuild w Attachment | WMG0007688 |
| PX116 | 2018-05-21 | Email from Johnson to Wollrich Re Meeting with LS | PJI-LS_00009423 |
| PX117 | 2018-05-21 | Email from White to Stein Re PJ Update | WMG0000711 |
| PX118 | 2018-05-21 | Appointment Invitation from Polder RE Q&A for JHS | WMG0003663 |
| PX119 | 2018-05-22 | Email string from K. Wollrich to S. Ritchie RE Brand Rep. Prep w Attach | JHS004256 |
| PX120 | 2018-05-22 | Email from Wollrich to White Re PJ Brand Reputation Q&A | JHS004263 |
| PX121 | 2018-05-22 | Email from Collins to Railey Re NHRA Route 66 Race Updates | JHS005524 |
| PX122 | 2018-05-22 | Memo from JHS to BOD Re Social Media Listening and Response | JHS027399 |
| PX123 | 2018-05-22 | Email from Hadley to JHS Fwd Media Agency Update w Attachment | JHS034081 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX124 | 2018-05-22 | Email from Hadley to JHS Re Media Agency Update | JHS034588 |
| PX125 | 2018-05-22 | Audio recording of the 5-18-22 call from LS to PJ | PJ00000001 |
| PX126 | 2018-05-22 | Email from R. Thompson to Many Re Updated FAC Mkt Sub Deck w Attachment | PJI-LS_00001196 |
| PX127 | 2018-05-22 | Email from Wollrich to Collins Fwd Brand Reputation Prep w Attachment | PJI-LS_00001212 |
| PX128 | 2018-05-22 | Email from Collins to White Re JHS Reputation Follow-up | PJI-LS_00009424 |
| PX129 | 2018-05-22 | Email from Wollrich to White et al Re Next Steps in Reputation Plan w Attached Q&A | WMG0003657 |
| PX130 | 2018-05-22 | Email from Wollrich to White Re Brand Reputation Prep | WMG0008590 |
| PX131 | 2018-05-23 | Email from White to Polder Re IMPT PLEASE READ: JHS Reputation Notes | WMG0001242 |
| PX132 | 2018-05-23 | Email Hellickson to Stein-fox Re Media Update on Wednesday | WMG0020466 |
| PX133 | 2018-05-23 | Email Hellickson to Stein-fox Re LS & PJ Media | WMG0020468 |
| PX134 | 2018-05-23 | Slack messages between Polder and Salim | WMG0023261 |
| PX135 | 2018-05-24 | Email from Stallings to Stein Re PJ Call Today | WMG0020698 |
| PX136 | 2018-05-25 | Email from Wollrich to Collins & Johnson RE Revised Reputation Plan w Attachment | PJI-LS_00001554 |
| PX137 | 2018-05-25 | Slack Messages with White and Baker | WMG0023599 |
| PX138 | 2018-05-28 | Email from Wollrich to Ritchie Re Reputation Plan Revisions | PJI-LS_00001583 |
| PX139 | 2018-05-29 | Email from Stein to Many Fwd Call Tomorrow | WMG0000880 |
| PX140 | 2018-05-29 | Calendar invite with Stein, Wasserman and Ritchie | WMG0019291 |
| PX141 | 2018-05-29 | Slack Message with White and Hellickson | WMG0023134 |
| PX142 | 2018-05-30 | Email from Baker to Warshaw Re PJ Work We Are Sharing Tomorrow | WMG0007196 |
| PX143 | 2018-05-31 | Email from Wollrich to Bottorff Re Update from Steve | PJI-LS_00009438 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX144 | 2018-05-31 | Email from Wasserman to CWOffice Re Client Matter Update with Attachment | WMG0000709 |
| PX145 | 2018-05-31 | Email from C. Wasserman to LS group re Client matter updated | WMG0009457 |
| PX146 | 2018-06-01 | Email from M. Pickles to C. Oyler re Confidential LS | WMG0000533 |
| PX147 | 2018-06-01 | Email Stein to LS office Re Conf Client Matter Update | WMG0000717 |
| PX148 | 2018-06-01 | Email from Stein to Group Fwd Follow Up | WMG0000876 |
| PX149 | 2018-06-02 | Email from Pickles to Oyler Fwd Follow Up | WMG0000548 |
| PX150 | 2018-06-02 | Email thread from Pickles to Group Re Follow Up | WMG0023966 |
| PX151 | 2018-06-04 | Email from S. Medina to S. Ritchie re Pathway Proposal | JHS008498 |
| PX152 | 2018-06-04 | Email from Pickles to Oyler et al Fwd Follow Up | WMG0000550 |
| PX153 | 2018-06-05 | Email from Pickles to Phillips Fwd Confidential Laundry Service | WMG0000007 |
| PX154 | 2018-06-06 | Memo from JHS to Board of Directors Re Impact of Using Image | PJ00001241 |
| PX155 | 2018-06-06 | Memo from JHS to BOD cc Ritchie | PJI-LS_00002681 |
| PX156 | 2018-06-13 | Email from Wasserman to Pickles and Watts Re Confidential Laundry Service | WMG0000048 |
| PX157 | 2018-06-22 | Letter from PJ to Mikho Re Breach | PJ00000116 |
| PX158 | 2018-06-28 | Email from Oyler to Pickles Re LS Confidential Settlement Communication | WMG0000612 |
| PX159 | 2018-07-03 | Email string from M. Pickles to C. Oliver RE LS Confidential Settlement Conf | JHS004063 |
| PX160 | 2018-07-06 | Email String from Hadley to JHS Fwd from Medina Re Find Your Future PowerPoint | No Bates |
| PX161 | 2018-07-09 | Email from JHS to Hadley Fwd Forbes | JHS000823 |
| PX162 | 2018-07-09 | Email from Milby to Schnatter Re Forbes | JHS017675 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX163 | 2018-07-09 | Laundry Service Founder Exits Three Years After Sale | No Bates |
| PX164 | 2018-07-09 | Wasserman's Laundry Service parts with Stein | No Bates |
| PX165 | 2018-07-09 | Email from Pickles to Oyler and Collins Re Points of Contact | WMG0000639 |
| PX166 | 2018-07-10 | Letter from PJ to LS Re Mutual Termination Letter | JHS007080 |
| PX167 | 2018-07-10 | Email from M. Pickles to P. Collins re Points of Contact | PJ00000087 *subject MIL |
| PX168 | 2018-07-10 | Email from Chadwick to John Re Update | PJI-LS_00009968 |
| PX169 | 2018-07-10 | Email from Oyler to Pickles Re Points of Contact | WMG0000641 *subject to MIL |
| PX170 | 2018-07-10 | Email from M. Pickles to P. Collins re Points of Contact | WMG0001074 * subject MIL |
| PX171 | 2018-07-10 | Email from N. Kirsh to M. Zukerman re Comment needed ASAP for Forbes | WMG0008430 |
| PX172 | 2018-07-11 | Forbes Article PJ's Founder Used N-Word on Conference Call | JHS002282 |
| PX173 | 2018-07-11 | Minutes of Meeting of PJ's BOD - CONFIDENTIAL | JHS010181 |
| PX174 | 2018-07-11 | Email from Medina to Tate Re Board Call | No Bates |
| PX175 | 2018-07-11 | Email from Oyler to Tate Fwd Forbes Article | PJ00001132 |
| PX176 | 2018-07-11 | Email from Chadwick to Many Re Final JHS Statement | PJI-LS_00008133 |
| PX177 | 2018-07-11 | Email from Jenner to Salim Re Important Press Inquiries | WMG0020908 |
| PX178 | 2018-07-11 | Slack with Mikho Medina and White | WMG0023054 |
| PX179 | 2018-07-12 | Memo from Ritchie to All Corporate PJ Members Re Update on Immediate Action Plan | JHS001640 |
| PX180 | 2018-07-12 | Short Message Report with Salim and B. Beaudoin | JSALIM-00000004 |
| PX181 | 2018-07-14 | Email from Hadley to Schnatter Re Chat 19532 | JHS003951 |
| PX182 | 2018-07-14 | Email From JS to Board Members Re Letter to Fellow Board Members | JHS007448 |
| PX183 | 2018-07-15 | Letter from PJ to JHS Re Notice of Termination As Founder | JHS002266 |
| PX184 | 2018-07-15 | Telephonic BOD Meeting w Resolutions | No Bates |
| PX185 | 2018-07-15 | Email from M. Pickles to C. Olyer re Termination letter | PJ00000157 |
| PX186 | 2018-07-15 | Letter from Glaser Weil to PJI BOD Re Board Meeting | PJ00001244 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX187 | 2018-07-15 | Email from Beckman to JHS et al Re Notices of Termination | PJI-LS_00009335 |
| PX188 | 2018-07-15 | Email from C. Wasserman to A. Silver | WMG0008180 |
| PX189 | 2018-07-16 | Slack messages between Salim and Jordan Fox | JSALIM-00000006 |
| PX190 | 2018-07-16 | Short Message Report with Salim and Fox | JSALIM-00000007 |
| PX191 | 2018-07-16 | Slack messages between Polder and Salim | WMG0023079 |
| PX192 | 2018-07-17 | Email from Collins to Chadwick Fwd Publishing Tonight by Forbes w Attach Fact Checking Questions | JHS004639 |
| PX193 | 2018-07-17 | Article UofL drop PJs Stadium Name | No Bates |
| PX194 | 2018-07-17 | Slack Messages with Salim and Stephens | WMG0023257 |
| PX195 | 2018-07-17 | Slack messages between Salim and Vazquez | WMG0023543 |
| PX196 | 2018-07-18 | Email from Wade to Franchisees Re P7 Webcast Deck for Today w Attachment | PJI-LS_00006310 |
| PX197 | 2018-07-19 | Forbes Article The Inside Story of PJ's Toxic Culture | JHS002116 |
| PX198 | 2018-07-20 | Email from K. Garland to H. Kang re Notices of Termination | JHS021667 |
| PX199 | 2018-07-22 | Minutes of Meeting of PJ's BOD | No Bates |
| PX200 | 2018-07-23 | Email from Fishbowl Team to Polder re request to delete posts | POLDER0000000009 |
| PX201 | 2018-07-23 | Letter from PJ to LS Re Mutual Termination Letter | WMG0000882 |
| PX202 | 2018-07-24 | Email thread from Oyler to Ritchie et al Fwd Settlement Agreement with Attachment | PJI-LS_00009878 |
| PX203 | 2018-07-25 | Email from M. Pickles to A. Tulumello re audio file | WMG0000840 |
| PX204 | 2018-08-13 | Email from Hadley to Many Re Town Hall Questions to PJs | JHS017169 |
| PX205 | 2019-04-26 | Mutual Termination Agreement between Schnatter Foundation and Sturgill | JHS002617 |
| PX206 | 2019-05-07 | Email from Oyler to Thompson Re License Agreement | JHS001406 |
| PX207 | 2019-05-07 | Termination Agreement between PJI and JHS | JHS001446 |
| PX208 | 2019-05-07 | Letter from Steven Haas to J. Schnatter Re Project Alpha | JHS036775 |
| PX209 | 2019-05-28 | Email from Rohrbacher to Many Re Schnatter v. Papa Johns | JHS035646 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX210 | 2019-06-17 | Short Message Report with Salim and +19146295757 | JSALIM-00000014 |
| PX211 | 2019-07-10 | Washington Examiner Article Flight Manifests Reveal Clinton Traveled With Epstein | No Bates |
| PX212 | 2019-08-01 | Appointment from Polder to LS Re Q&A for JHS | WMG0001095 |
| PX213 | 2019-09-11 | Email from Thompson to Oyler Re License Agreement Termination | JHS001155 |
| PX214 | 2019-10-24 | Mutual Termination Agreement between JHS and UofL | JHS035407 |
| PX215 | 2019-10-24 | Mutual Termination Agreement | JHS035412 |
| PX216 | 2019-11-06 | Email from Polder to P. Glaser re are you still repping JHS | POLDER0000000035 |
| PX217 | 2019-12-11 | Email from M. Dolan to K. Garland and B. Scotti RE Draft of Notes for Louis | FSS00001868 |
| PX218 | 2020-09-07 | Transcribed conference call from 5-22-2018 meeting | No Bates |
| PX219 | 2020-09-18 | Timotheus Polder Depo | No Bates |
| PX220 | 2021-02-18 | ATT Records JHS Calls | No Bates |
| PX221 | 2021-02-18 | ATT Stein Phone records May 17 & May 21 | No Bates |
| PX222 | 2021-08-09 | Amendment to Mutual Termination Agreement | UofL000086 |
| PX223 | 2021-12-29 | Notice of Subpoena and subpoena to PJI | No Bates |
| PX224 | 2022-03-09 | Corrective Amendment to Mutual Termination Agreement | UofL000087 |
| PX225 | 2022-05-22 | Calendar invite for meeting | WMG0010378 |
| PX226 | 2022-07-01 | Expert Report Sponsorship Agreement 3 | MURPHY00137 |
| PX227 | 2023-02-15 | L&N Stadium Arena Naming Rights Agreement | UofL000001 |
| PX228 | 2023-03-10 | Plaintiff's notice to take 30b6 deposition (Randi White) | No Bates |
| PX229 | 2007-04-XX | Expert Report Sponsorship Agreement 4 | MURPHY00142 |
| PX230 | 2008 - 2022 | Chart PZZA Stock Piece Recent CEOs | No Bates |
| PX231 | 2009 - 2016 | Chart Papa Johns Earnings Per Share History | No Bates |
| PX232 | 2015-04-XX | Excel Sports Management - Endorser Assessment | JHS002521 |
| PX233 | 2016-10-XX | Celebrity DBI Review | WMG0003913 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX234 | No Date | Social Acquisition Center PP | JHS001259 |
| PX235 | No Date | National Marketing Fund Summary of 2018 Expenses | JHS001641 |
| PX236 | No Date | Things to Know About PJs Events 2017-2018 | JHS001966 |
| PX237 | No Date | Notes on Events | JHS002404 |
| PX238 | No Date | Talking Points | JHS004258 |
| PX239 | No Date | Salim Messages | JSALIM-00000017 |
| PX240 | No Date | Baker LinkedIn | No Bates |
| PX241 | No Date | Christy Johnson LinkedIn Profile | No Bates |
| PX242 | No Date | Clip 01 Meeting Intro, Stein Ex. 34 | No Bates |
| PX243 | No Date | Clip 02 - Post Call Conversation-Revised | No Bates |
| PX244 | No Date | Clip 03 - Not Working By Sunday-Revised | No Bates |
| PX245 | No Date | Heminway CV | No Bates |
| PX246 | No Date | Interview Questions for Steven Smith & Darren Rovell Interviews | No Bates |
| PX247 | No Date | PJ PowerPoint by LS | No Bates |
| PX248 | No Date | Schnatter v. 247 Supplemental Privilege Log | No Bates |
| PX249 | No Date | Sonya Medina LinkedIn | No Bates |
| PX250 | No Date | Text Messages between John and Neeli | No Bates |
| PX251 | No Date | Fishbowl messages | POLDER0000000034 |
| PX252 | No Date | Texts between White and Polder | POLDER0000000052 |
| PX253 | No Date | Text between Lovesick Blues and White | POLDER0000000080 |
| PX254 | No Date | Papa Johns Brand Reputation Q&A | POLDER0000000100 |
| PX255 | No Date | List of attendees at 5-22-18 diversity training meeting | WMG0000875 |
| PX256 | No Date | Interview Questions post-May 22 call | WMG0000892 |
| PX257 | No Date | Meet the PJ and Olson Team | WMG0001341 |
| PX258 | No Date | Redacted Org Chart | WMG0008297 |
| PX259 | No Date | Slack Message with White and Leon | WMG0023459 |

| Plaintiff's Trial Exhibit No. | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| PX260 | No Date | PJ Code of Ethics and Business Conduct | WMG0024008 |
| PX261 | No Date | Social Acquisition Center PP | Zimmerman_000022 |
| PX262 | No Date | Social Acquisition Center PP | Zimmerman_000036 |
| PX263 | No Date | Social Acquisition Center PP | Zimmerman_000053 |
| PX264 | No Date | Mikho LinkedIn | No Bates |
| PX265 | Nov-Apr 2018 | Advertising Research PowerPoint | JHS008785 |
| PX266 | Nov-Apr 2018 | Advertising Research PowerPoint | PJI-LS_00000069 |
| | | | |
| | | | |