**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JOHN H. SCHNATTER,** | **Case No. 3:20-cv-00003-BJB-CHL** |
| **Plaintiff,** | **JUDGE BENJAMIN J. BEATON** |
| **v.** | **MAGISTRATE JUDGE COLIN H. LINDSAY** |
| **247 GROUP, LLC d/b/a LAUNDRY SERVICE, and WASSERMAN MEDIA GROUP, LLC,** | |
| **Defendants.** | |

**DEFENDANT 247 GROUP, LLC d/b/a LAUNDRY SERVICE'S INITIAL WITNESS LIST**

KENDALL BRILL & KELLY LLP

Bert H. Deixler (*pro hac vice*)
 Email: bdeixler@kbkfirm.com
Patrick J. Somers (*pro hac vice*)
 Email: psomers@kbkfirm.com
David T. Freenock (*pro hac vice)*
 Email*:* dfreenock@kbkfirm.com
 10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

*Counsel for Defendant*

KAPLAN JOHNSON ABATE & BIRD LLP

Michael P. Abate
 Email: mabate@kaplanjohnsonlaw.com
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282

*Counsel for Defendant*

Pursuant to the November 18, 2025, scheduling order (DN 421), Defendant 247 Group, LLC d/b/a Laundry Service, by and through undersigned counsel, identifies the following witnesses Laundry Service expects to present at trial.  The inclusion of any witness below is not a representation that Laundry Service will call a given witness, or that a particular witness's testimony is admissible for any purpose.  The witnesses Laundry Service presently expects to call at trial are based on the anticipated testimony and evidence presented by Plaintiff.  Laundry Service reserves the right to call other witnesses identified or called by Plaintiff and, if needed, based on his presentation of proof at trial.

### LAUNDRY SERVICE'S INITIAL WITNESS LIST

1.    Katherine Wollrich

2.    Brandon Rhoten

3.    Steve Ritchie

4.    Papa John's Rule 30(b)(6) Representatives John Matter and Robert Thomspon

5.    John Schnatter

6.    Randi White

7.    Jeffrey Olson

8.    Noah Kirsch

9.    Bruce Deal

10.    Joan Heminway

11.    Ashlee Humphreys

12.    Matt Murphy

13.    Marissa Esser

14.    Any witness necessary for impeachment or as a custodian of records

Dated: April 16, 2026

Respectfully submitted,

*/s/ Patrick J. Somers*

Michael Abate
 Email:  mabate@kaplanjohnsonlaw.com
KAPLAN JOHNSON ABATE & BIRD LLP
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
Telephone:   502.416.1630

Patrick J. Somers (*pro hac vice*)
 Email: psomers@kbkbfirm.com

Bert H. Deixler (*pro hac vice*)
 Email:  bdeixler@kbkfirm.com
David T. Freenock (*pro hac vice*)
 Email: dfreenock@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone:   310.556.2700
Facsimile:    310.556.2705

*Counsel for Defendant*