UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

JOHN H. SCHNATTER,               )
                                 )
                      Plaintiff  )
                                 )
vs.                              )   Civil Action No.:  3:20-cv-00003-BJB-CHL
                                 )   Judge BENJAMIN BEATON
247 GROUP, LLC d/b/a LAUNDRY     )   Magistrate Judge COLIN H. LINDSAY
SERVICE                          )
                                 )
                      Defendant  )

**STIPULATION BY JOHN H. SCHNATTER REGARDING HIS DELIVERY OF ALL CARON RECORDS TO COUNSEL FOR DEFENDANTS**

Plaintiff John H. Schnatter ("Schnatter"), by counsel, hereby stipulates as follows:

1.      In the interests of expediting the resolution of the discovery issues remaining prior to trial, Schnatter has decided to provide a full set of unredacted[1] records from Caron to counsel for Defendant 247 Group, LLC d/b/a Laundry Service ("Laundry Service") marked as ATTORNEYS' EYES ONLY.

2.      On April 17, 2026, counsel for Schnatter e-mailed via an encrypted e-mail and Sharefile link the following to Laundry Service:

    a.      Documents marked JHS037654 through JHS037939 (designated CONFIDENTIAL - ATTORNEYS' EYES ONLY) that contain the full set of unredacted Caron documents.

Counsel for Laundry Service has been previously provided with the redacted set (produced as JHS037639-JHS037644) and the logs (produced as JHS037645-JHS037651 and JHS037652-JHS037653).

---

[1] Schnatter will continue to comply with Federal Rule of Civil Procedure 5.2 that requires he redact personally identifiable information as set forth in 5.2(a)(1-4).

1

3.    Proof of delivery to Laundry Service's counsel is attached as **Exhibit A** hereto.

4.    Absent the follow-up discussed at the Hearing on April 15, 2026 relating to Reading Hospital ("Reading") and HLN Lab Medicine ("HLN"), Schnatter has completed his discovery obligations relating to DN 336.

5.    With respect to Reading Hospital and HLN, on April 15, 2026, counsel for Schnatter submitted a new request for Reading Hospital records, if any, to be provided to him "**IMMEDIATELY**" indicating that "[w]e are to give the Court an update by April 24, and the expectation is that we will have RECEIVED the records by this time." *See* April 15, 2026 fax request to Reading, attached as **Exhibit B** hereto, emphasis in original.

6.    With respect to HLN, counsel for Schnatter also faxed a new request to HLN for a" Laboratory/Pathology Reports and Records", if any, to be provided directly to Jeffrey A. Neiman, counsel for Schnatter and again requested the documents "**IMMEDIATELY**" and informed HLN that "[w]e are to give the Court an update by April 24 and the expectation is that we will have **RECEIVED** the records by this time." *See* April 15, 2026 e-mail request to HLN, attached as **Exhibit C** hereto, emphasis in original.

7.    Both Exh B and Exh C were emailed to counsel for Laundry Service on April 15, 2026. *Id.*

8.    Counsel for Schnatter will update the Court through a Status Report on or before April 24, 2026 relating to the status of the requests to Reading and HLN.

Respectfully submitted,

 s/ Dennis D. Murrell
Dennis D. Murrell
Elisabeth S. Gray
Jennifer M. Barbour
Augustus S. Herbert
M. Katherine Ison
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, KY  40207
(502) 677-4729
dmurrell@grayice.com
egray@grayice.com
jbarbour@grayice.com
aherbert@grayice.com
kison@grayice.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed on this the __17th__ day of April, 2026, via the Court's CM/ECF system, which will give electronic notice to counsel listed below who are registered to receive notifications:

Michael P. Abate
**KAPLAN JOHNSON ABATE & BIRD, LLP**
710 W. Main St., 4th Fl.
Louisville, KY  40202
mabate@kaplanjohnsonlaw.com

and

Bert H. Deixler (pro hac vice)
Patrick J. Somers (pro hac vice)
David T. Freenock (pro hac vice)
**KENDALL BRILL & KELLY LLP**
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA  90067
bdeixler@kbkfirm.com
psomers@kbkfirm.com
dfreenock@kbkfirm.com
*Counsel for Defendant*
*247 Group, LLC d/b/a Laundry Service*

 s/ Dennis D. Murrell
*Counsel for Plaintiff*

3