# EXHIBIT A

| | |
|---|---|
| **From:** | Elisabeth Gray |
| **Sent:** | Friday, April 17, 2026 4:11 PM |
| **To:** | Patrick J. Somers - Kendall Brill & Kelly LLP (psomers@kbkfirm.com); David Freenock; Mike Abate |
| **Cc:** | Dennis Murrell; jneiman@nmfalawfirm.com; Jennifer Barbour |
| **Subject:** | Production of Medical Files |

After our hearing on April 15, 2026, we have decided to fully resolve the pending discovery issues relating to the health information and provide to you an electronic copy of the documents, produced as ATTORNEYS' EYES ONLY, a full set of unredacted records from Caron, which are marked JHS037654 through JHS037939 (designated CONFIDENTIAL - ATTORNEYS' EYES ONLY).

This will include the unredacted documents previously provided to you, and the additional documents not provided to you.  Note these are being produced as ATTORNEYS' EYES ONLY consistent with Judge Beaton's directives in the Hearing.  Because of the confidentiality concerns of these documents, they are being produced in an electronic PDF format that is "locked" to prevent any unintended disclosure.  If you have any issues accessing these files, please let us know.

The link and password will be delivered immediately following this e-mail.  You will be able to forward to those who have access pursuant to Judge Beaton's directives as long as they have the password.

We are happy that we could resolve this discovery dispute so that we can focus on preparing for the trial.  We will continue to work to obtain and provide the Reading Hospital and HNL Labs documents to you.  Otherwise, we consider this matter closed.



**Elisabeth S. Gray**
**Managing Partner**
*Direct:  502.625.2848 | Main: 502.677.4729 | Fax:  502.561.0442*
*3939 Shelbyville Road Suite 201, Louisville, KY 40207*
egray@grayice.com

NOTICE:  This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential.  It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It is not to be copied or forwarded to any unauthorized persons.  If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Gray Ice Higdon PLLC at (502) 677-4729, so that our address record can be corrected.