# EXHIBIT B

# Fax Transmission

**To:**   Records Request

**Fax:**   14846289777

**RE:**   2026 04 15 Records Request

**From:**   NMFALaw

**Date:**   4/15/2026 11:30:01 AM MST

**Pages:**   3

---

**Comments:**

See inserted records request executed by my client, John Schnatter, who is copied on this email.
We have been ordered by a Court in the Western District of Kentucky to make this request TODAY.
And we seek the requested documents IMMEDIATELY. We are to give the Court an update by April 24
and the expectation is that we will have RECEIVED the records by this time. Should you need
anything further, please contact me immediately.

Thank you
Jeffrey Neiman



## Reading Hospital
### TOWER HEALTH
Advancing Health. Transforming Lives.

**Protected Health Information Authorization for Release, Use, and Disclosure**

Mailing address: P.O. Box 16052, Reading, PA 19612

Located at: 420 South 5th Avenue, West Reading, PA 19611

Health Information Management - Telephone: 484-628-8252

Schnatter — Last Name

John — First Name

Date of Birth ████████    MRN

Address ████████   Phone   Email ████████

I authorize **Tower Health** to release my Medical Records to: ☐ Me   or   ☒ Recipient:

Jeffrey Neiman
Name of Authorized Person, Doctor, Hospital, Agency or Other    (202) 271-5692   Phone

550 S. Andrews Ave Ste:720 Ft. Lauderdale, FL. 33901
Address    (757) 260-9857   Fax

**ATTENTION PATIENT:**
I understand and authorize the release of this information with the exceptions of: _____
If included in the medical record, this authorization includes the release of information protected by: Confidentiality of HIV-Related Information Act (AIDS, HIV-related information or testing), Mental Health Procedures Act (psychiatric disorders), Drug and Alcohol Abuse Control Act (drug and/or alcohol treatment) as permitted by law.

**Information to be released:**          **Date(s) of Service:** _____

- ☒ Discharge Summary
- ☒ Emergency/Trauma Records
- ☒ Labs
- ☒ Abstract of Medical records = H&P, Discharge Summary, Diagnostic Test Results, Problem List, Medications, Allergies and Procedure reports EKG's Labs
- ☒ Electronic Abstract = Discharge Summary, Diagnostic test Results, Problem List, Medication, Allergies and Procedure reports
- ☐ Operative Report
- ☐ Outpatient Clinic
- ☐ Pathology Reports
- ☐ PT/OT
- ☐ Radiology Images (not available through MyTowerHealth)
- ☐ Radiology/Imaging Reports
- ☐ Review Records (by appointment)
- ☐ Speech And Hearing
- ☐ Other = _____
  - ☐ Complete Medical Record     ☐ Billing Record

**Reason for Disclosure:** ☐ Personal  ☐ Further Medical Care  ☒ Legal Investigation or Action  ☐ Other: _____

☐ Out of Reading Hospital to: _____

I would like to receive this information VIA: ☐ Paper  ☐ CD  ☒ Secure Email  ☐ MyTowerHealth Patient Portal  ☐ Other: _____
CD # _____

I understand the following: I may revoke authorization in writing at anytime; this revocation will not apply to information that has already been released in response to this authorization. The information disclosed in response to this authorization may be subject to re-disclosure by recipient, and will no longer be protected under the terms of this authorization. I have the right to inspect or copy the health information to be used or disclosed as permitted by law. I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, or my eligibility for benefits (if applicable). Reading Hospital may receive compensation for medical record copying in accordance with PA Law, 42 Pa. C.S. §6152. I understand that this consent will expire 90 days from the date below or upon my death, whichever occurs earlier.

*John Schnatter*     4/15/26
Signature of Patient or Authorized Representative    Date

Signature of Witness    4/15/26    Date

John Schnatter
Printed Name of Patient

Rocio Rivas
Printed Name of Witness

_____
Relationship to Patient

_____
Title/Department

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | 0213_001.pdf |
| **File name** | 0213_001.pdf |
| **Document ID** | 6447c14f8971022253890b6cd295a94f87be19c8 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**04 / 15 / 2026**
17:59:40 UTC

Sent for signature to John Schnatter (john@evgrealestate.com) by services@clio.com acting on behalf of jneiman@nmfalawfirm.com
IP: 75.8.40.180

**VIEWED**
**04 / 15 / 2026**
18:01:30 UTC

Viewed by John Schnatter (john@evgrealestate.com)
IP: 146.75.223.110

**SIGNED**
**04 / 15 / 2026**
18:01:50 UTC

Signed by John Schnatter (john@evgrealestate.com)
IP: 146.75.223.110

**COMPLETED**
**04 / 15 / 2026**
18:01:50 UTC

The document has been completed.

Powered by **Dropbox** Sign