# EXHIBIT C

Begin forwarded message:

> **From:** Jeff Neiman <jneiman@nmfalawfirm.com>
> **Date:** April 15, 2026 at 2:11:00 PM EDT
> **To:** customercaredepartment@hnl.com
> **Cc:** John Schnatter <john@evgrealestate.com>
> **Subject: records request**

See inserted records request executed by my client, John Schnatter, who is copied on this email. We have been ordered by a Court in the Western District of Kentucky to make this request **TODAY**. And we seek the requested documents **IMMEDIATELY**. We are to give the Court an update by April 24 and the expectation is that we will have **RECEIVED** the records by this time. Should you need anything further, please contact me immediately.

Jeffrey A. Neiman, Esq.
Neiman Mays Floch & Almeida, PLLC
LITIGATION • TRIAL • CRISIS
550 S. Andrews Avenue, Suite 720, Ft. Lauderdale, FL 33301
Office: (954) 462-1200
Email: jneiman@nmfalawfirm.com • Website: nmfalawfirm.com

# NOTE THE NEW FORT LAUDERDALE ADDRESS!!!!!

## Authorization for Use or Disclosure of Protected Health Information Form

| Patient Name | Date of Birth |
|---|---|
| John Schnatter | ███ |

**Full Address: Street/City/State/Zip**

| Phone Number | Email Address | Medical Record # (if known) | Social Security Number (last 4 digits only): ███ |
|---|---|---|---|
| ███ | ███ | | |

**Disclosed Information** *(check all items to be released)*
- ■ Laboratory/Pathology Reports and Records
- ☐ Billing
- ☐ Other (please specify):_____

OPTIONAL LIMITS
- ☐ Only the information related to: (e.g., testnames) _____
- ☐ Covering the period(s) of care (date range or specific date of service): _____

**Purpose/Use of the Requested Information**
- ☐ At the request of the patient or personal representative
- ☐ Continued care
- ☐ Insurance
- ■ Legal
- ☐ Other (please describe):_____

*Please complete all bolded fields.*

I understand that information in response to this request may be related to diagnosis or treatment for AIDS/HIV, sexually transmitted diseases, psychiatric care and treatment, treatment for drug and alcohol abuse, unless I check the appropriate box(es) below.

| HIV/AIDS Information | Sexually Transmitted Diseases | Psychiatric Care/Treatment | Treatment for Drug or Alcohol Use/Abuse |
|---|---|---|---|
| ☐ No, do not disclose | ☐ No, do not disclose | ☐ No, do not disclose | ☐ No, do not disclose |

**Information Provided To**

| Name of Person or Institution | Relationship to the Patient | Phone Number |
|---|---|---|
| Jeffrey A. Neiman | ☐ Self ☐ Parent or Personal Representative ☐ Health Care Provider ☐ Spouse ☐ Child ■ Other: Attorney | 202-271-5692 |

| Full Address: Street/City/State/Zip | Date Needed By* |
|---|---|
| 550 S Andrews Avenue, Suite 702, Fort Lauderdale, Florida 33301 | IMMEDIATELY |

**Method of Delivery of Results**
☐ US Mail ☐ Encrypted Email ■ Fax # ___757-260-9857___ ☐ Other(please specify):_____

**Authorization Expires (check appropriate box)**
- ■ One year from date of authorization
- ☐ Other date (please specify):_____ (May not be more than one year from signature date)

**If no expiration date is designated, this authorization will expire one year from the signature date.**

**Authorization**

I authorize HNL Lab Medicine to use or disclose the health information described above. I understand the following: 1) The laboratory will not condition my treatment, payment, enrollment in a health plan or eligibility for benefits (if applicable) on whether or not I provide authorization for the requested use or disclosure; 2) I may revoke this authorization at any time, including in advance of the expiration date; 3) I have the right to revoke this authorization in writing at any time by sending such written notification to the **HNL Lab Medicine Privacy Officer at 794 Roble Road, Allentown, PA 18109-9110**; 4) my revocation will not be effective to the extent that the laboratory has already acted in reliance on this authorization;

5) I have the right to refuse to sign this authorization; 6) I have the right to inspect or copy the protected health information to be used or disclosed as permitted under Federal law (or state law to the extent the state law provides greater access rights). The laboratory cannot prevent re- release of the information by the person or institution who receives such information and federal and state law may no longer protect it. I release HNL Lab Medicine and its staff from any and all liability resulting from such re -release. I have read and understand this form, and authorize use and release of the information as described above.

X *John Schnatter* _____    April 15, 2026 _____

**Signature of Patient or Personal Representative**    **Date**

John Schnatter _____

| **Print Name** | **Relationship of Personal Representative to Patient** |
|---|---|

If Authorization is signed by someone other than the patient, please state the reason.

_____

Records of deceased patients: If the requestor is not the executor of the deceased patient's estate then the requester certifies by signing above that he/she is the next of kin responsible for the disposition of the deceased patient's remains.

Verbal Release of Patient Health Information: If the patient is deemed competent, but physically unable to sign for himself/herself, such as in the case of a physically disabled person, a verbal consent will be accepted from the patient provided it is witnessed by two parties. We, the undersigned, certify that the patient identified above was physically unable to provide a signature, that he/she understood the nature of this release and freely gave his/her consent.

| | | | Internal Use Only |
|---|---|---|---|
| X _____ | | | Receipt Confirmed: |
| Signature of Witness #1 | Title | Date | By:___Date:_____ |
| | | | Complete Date:_____ |
| X _____ | | | Records Sent: |
| Signature of Witness #2 | Title | Date | By:____Date:_____ |

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | 0213_001.pdf |
| **File name** | 0213_001.pdf |
| **Document ID** | 6447c14f8971022253890b6cd295a94f87be19c8 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
04 / 15 / 2026
17:59:40 UTC

Sent for signature to John Schnatter (john@evgrealestate.com) by services@clio.com acting on behalf of jneiman@nmfalawfirm.com
IP: 75.8.40.180

**VIEWED**
04 / 15 / 2026
18:01:30 UTC

Viewed by John Schnatter (john@evgrealestate.com)
IP: 146.75.223.110

**SIGNED**
04 / 15 / 2026
18:01:50 UTC

Signed by John Schnatter (john@evgrealestate.com)
IP: 146.75.223.110

**COMPLETED**
04 / 15 / 2026
18:01:50 UTC

The document has been completed.

Powered by **Dropbox** Sign