UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| JOHN H. SCHNATTER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No.:  3:20-cv-00003-BJB-CHL |
| | ) | Judge BENJAMIN BEATON |
| 247 GROUP, LLC d/b/a LAUNDRY | ) | Magistrate Judge COLIN H. LINDSAY |
| SERVICE | ) | |
| Defendant | ) | |

**NOTICE OF FILING**

Plaintiff John H. Schnatter ("Plaintiff"), by counsel, hereby files with the Court the Jury Instructions pursuant to the Court's November 17, 2025, order (DN 419), attached as **Exhibit A**. Plaintiff states that on April 24, 2026, Plaintiff emailed Defendant a copy of his proposed jury instructions for consideration so that the parties could jointly submit the Jury Instructions. Defendant provided substantial redlines to Plaintiff on April 30, 2025 at 4:32 pm est and the parties do not have time to work through the differences.  The parties will continue to explore a joint submission prior to May 21, 2026, the deadline for objections to jury instructions.

Respectfully submitted,

*s/ Dennis D. Murrell*

Dennis D. Murrell
Elisabeth S. Gray
Jennifer M. Barbour
Augustus S. Herbert
M. Katherine Ison
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, KY  40207
(502) 677-4729
dmurrell@grayice.com
egray@grayice.com
jbarbour@grayice.com
aherbert@grayice.com
kison@grayice.com

-and-

Jeffrey A. Neiman (*Admitted Pro Hac*)
**NEIMAN MAYS FLOCH & ALMEIDA PLLC**
550 S Andrews Avenue, Suite 720
Ft. Lauderdale, FL 33301
(954) 462-1200
jneiman@nmfalawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed on this the __*1st*__ day of May, 2026, via the Court's CM/ECF system, which will give electronic notice to counsel listed below who are registered to receive notifications:

Michael P. Abate
Burt A. Stinson
**KAPLAN JOHNSON ABATE & BIRD, LLP**
710 W. Main St., 4th Fl.
Louisville, KY  40202
mabate@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

and

Bert H. Deixler (pro hac vice)
Patrick J. Somers (pro hac vice)
David T. Freenock (pro hac vice)
**KENDALL BRILL & KELLY LLP**
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA  90067
bdeixler@kbkfirm.com
psomers@kbkfirm.com
dfreenock@kbkfirm.com
*Counsel for Defendant*
*247 Group, LLC d/b/a Laundry Service*

 *s/ Dennis D. Murrell*
*Counsel for Plaintiff*

2