UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| JOHN H. SCHNATTER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No.:  3:20-cv-00003-BJB-CHL |
| | ) | Judge BENJAMIN BEATON |
| 247 GROUP, LLC d/b/a LAUNDRY SERVICE | ) | Magistrate Judge COLIN H. LINDSAY |
| | ) | |
| Defendant | ) | |

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff John H. Schnatter, by counsel, dismisses this action with prejudice and Defendant 247 Group, LLC d/b/a Laundry Service consents to such dismissal with prejudice.

Respectfully submitted,

 *s/ Dennis D. Murrell*＿＿＿＿＿＿＿

Dennis D. Murrell
Elisabeth S. Gray
Jennifer M. Barbour
Augustus S. Herbert
M. Katherine Ison
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, KY  40207
(502) 677-4729
dmurrell@grayice.com
egray@grayice.com
jbarbour@grayice.com
aherbert@grayice.com
kison@grayice.com

-and-

Jeffrey A. Neiman
**NEIMAN MAYS FLOCH & ALMEIDA PLLC**
550 S Andrews Avenue, Suite 720
Ft. Lauderdale, FL 33301
(954) 462-1200
jneiman@nmfalawfirm.com

*Counsel for Plaintiff*

 *s/ Patrick J. Somers (w/permission)*

Michael P. Abate
Burt A. Stinson
**KAPLAN JOHNSON ABATE & BIRD, LLP**
710 W. Main St., 4th Fl.
Louisville, KY  40202
mabate@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

and

Bert H. Deixler (pro hac vice)
Patrick J. Somers (pro hac vice)
David T. Freenock (pro hac vice)
**KENDALL BRILL & KELLY LLP**
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA  90067
bdeixler@kbkfirm.com
psomers@kbkfirm.com
dfreenock@kbkfirm.com

*Counsel for Defendant*
*247 Group, LLC d/b/a Laundry Service*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed on this the  *11ᵗʰ*  day of May, 2026, via the Court's CM/ECF system, which will give electronic notice to counsel listed below who are registered to receive notifications:

 *s/ Dennis D. Murrell*＿＿＿＿＿＿＿＿＿
*Counsel for Plaintiff*

2